Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.    Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Mark Thomas Dublino
2. _____

-VS-

**B.    Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Sgt. Justin Biegaj
2. Sgt. Robert Dee
3. Deputy Brian Thompson
4. Sgt. Mr. Cross
5. Sgt. Mr. Robinson
6. Deputy Mr. P. Giardina
7. Deputy Framk Gelster
8. Deputy Shawn Wilson

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Mark Thoams Dublino   Din.# 18-B-0793
Present Place of Confinement & Address: 135 State Street
Auburn New York 13024

Name and Prisoner Number of Plaintiff: _____
Present Place of Confinement & Address: _____

Pg.# 1

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Mr. Justin Biegaj

(If applicable) Official Position of Defendant: Sergeant

(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity

Address of Defendant: Erie County Holding Center
40 Delaware Avenue Buffalo New York 14202

Name of Defendant: Mr Robert Dee

(If applicable) Official Position of Defendant: Sergeant

(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity

Address of Defendant: 40 Delaware Avenue Buffalo New York 14202
Erie County Holsing Center

Name of Defendant: Mr. Brian Thompson

(If applicable) Official Position of Defendant: Deputy

(If applicable) Defendant is Sued in __X__ Individual and/or __X__ Official Capacity

Address of Defendant: Erie County Holding Center
40 Delaware Avenue Buffalo New York 14202

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
Yes _X_ No ___

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): Mark Dublino

   Defendant(s): James Thomas; Deputy Scott Harvey; Deputy Winegarden; Deputy Richeal; Deputy Thompson; Deputy Bienko; Deputy Quirante

2. Court (if federal court, name the district; if state court, name the county): U.S. District Court Western District of New York

3. Docket or Index Number: 6:18-cv-06010- DGL/MWP

4. Name of Judge to whom case was assigned: David G. Larimer & Marian W. Payson

5. Action filed on: January 4th 2018; The Disposition is still Pending.

Pg.#2

DEFENDANTS Information (continued)

Name: Mr. Cross     Official Position: Sergeant     Sue in Official Capacity & Individual Capacity
Address: Erie County Holding Center, 40 Delaware Ave, Buffalo, New York 14202

Name: Mr. Robinson     Official Position: Sergeant     Sue in Official Capacity & Individual Capacity
Address: Erie County Holding Center, 40 Delaware Ave. Buffalo, New York 14202

Name: Mr. P. Giardina     Official Position: Deputy     Sue in Official Capacity & Individual Capacity
Address: Erie County Holding Center, 40 Delaware Ave. Buffalo, New York 14202

Name: Mr. Frank Gelster     Official Position: Deputy     Sue in Official Capacity & Individual Capacity
Address: Erie County Holding Center, 40 Delaware Ave. Buffalo, New York 14202

Name: Mr. Shawn Wilson     Official Position: Deputy     Sue in Official Capacity & Individual Capacity
Address: Erie County Holding Center, 40 Delaware Ave. Buffalo, New York 14202

Previous Lawsuits in State and Federal Court (continued)

B. Have you begun any other lawsuits in Federal Court which relate to your imprisonment ?
   Yes X    No ___

Plaintiff: Mark Thomas Dublino
Defendant(s): Auburn Correctional Facility Et.Al. Timothy McCarthy, Superintendent Et.Al.
U.S. District Court, Northern District of New York
Docket Number: 9:19-cv-381 (GLS/DJS)  Judge Gary L. Sharpe ; Magistrate Judge Daniel J. Stewart
Action filed on April 1st 2019; The Disposition of the case is still pending.

Plaintiff: Mark Dublino
Defendants: Wende Correctional Facility Et. Al.
U.S. District Court, Western District of New York (note; transferred from Northern District)
Docket Number: 6:19-cv-06354- (DGL) Judge David G. Larimer
New Action file date: May 14th 2019; The Disposition of the case is still pending

Plaintiff: Mark Dublino
Defendant: Anthony J. Annucci, Commissioner of Department of Corrections & Community Supervision
State of New York; County of Cayuga Supreme and County Courts
Index Number: 2019-0687 ;  Justice Thomas G. Leone A.J.S.C.
Disposition to be held August 7th 2019 ; for an Art. 78

Pg.#3

Amended Complaint : Case 6:19-cv-06269-DGL Dublino v. Biegaj

Claim: On March 9th 2018 The following defendants were involved with the description of the incident below:

Sgt. Justin Biegaj; Sgt. Robert Dee; Sgt. Cross; Sgt Robinson; Deputy Brian Thompson; Deputy Franl Gelster; Deputy P. Giardina; Deputy Shwn Wilson.

1.) Deputy Brian Thompson grabbed plaintiff Mark Dublino as he exited an attorney conference room (plaintiff left the room on his own free will) Deputy Thompson reacted to a remark made by plaintiffs attorney "Kick his f_cking ass"(explicit slang directness) Deputy Thompson ordered plaintiff to the ground; plaintiff followed this order; Then ordered the plaintiff to lie face down on the floor as he began to place handcuffs on the plaintiif; he lost control of the leashed dog which began to bite the plaintiffs legs.(Attach A & B)

2.) Sergeant Justin Biegaj was first additional officer at the scene and began to stomp and step on plaintiff while laying on the ground; targeting head and back area's. Plaintiff continues to hear "Kick his f_cking Ass" (Attachment "C")

3.) Sergeant Robert Dee and Shawn Wilson then grabbed plaintiffs arms and hands bending and twisting them in abnormal positions with extreme pressure.

4.) Sergeant Cross standing directky over plaintiff began stomping and stepping on plaintiff's lower extremities legs; ankles & feet; while plaintiff was lying on the floor.

5.) After restraints were applied plaintiff was unable to breathe due to pressure applied to the back area.

6.) Plaintiff was picked up off the ground by his arms and shoulders and then escorted to the infirmary barely able to walk. . On the outside corridor Sergeant Robinson ordered Deputy Frank Gelster and Deputy P. Giardina to "Wrech Him" The deputies responded by bending the plaintiffs arms and wrists with extreme pressure into the steel handcuffs.(Attach. "D")

7.) One hour later plaintiff continued receiving bending of the arms and wrists into the steel handcuffs "wrenching tatic" under the order of an unidentified officer to Deputies Gelster and Giardina. (In the infirmary) while medical practitioners were conducting only basic tests and vital signs. (Attachments " E " ; " F " & " G " )

8.) Plaintiff was moved to Gulf East Keeplock status without personal property and legal paperwork including the plaintiffs sneakers and documents pertaining to: Dublino v. Terranova; 18-cv-6178-DGL. (Attachments "H"; "I" & "J")

9.) Plaintiff requested several issues to be addressed by staff officers and medical staff. To be taken to an independant hospital for an evaluation and x-rays for injuries to the head; back; shoulders; arms; wrists; legs and feet (ankle) All requests were denied.

10.) While plaintiff was housed in keeplock and constant obsevation; his requests for pen and paper; and a blank grievance form were denied along with personal visits. No disciplinary report or charges were brought against the plaintiff in reference to following direct orders or resisting officers reasonable response. These acts did not come under the reasonableness of an officials response; and other officers stood near bye and watched; causes a "deliberate indifference" Plaintiff was past pre-trial; yet not sentenced (creates grey area)

11.) Plaintiff was sentenced on March 23rd 2019; and transported immediately out of Erie County from the court room. Bypassing Wende Correctional Facility Reception located in Erie County. Instead plaintiff was moved to Elmira Correctional Facility. Plaintiff never had any opportunity to exhaust administrative remedies. As of today; Plaintiff still suffers from the injuries sustained in the mentioned incident. The officers involved conducted to restore discipline in a maliciously and sadistically approach to cause harm.: & Did.

The Constitutional basis for this claim:5th & 14th Amendment Violation; "Deliberate Indifference" Plaintiff is seeking relief for this claim in the form of compensatory and punitive damages for a total amount of (20) million dollars; for violating the "Due Process Clauses"

Plaintiff wants a Jury Trial. By Demand

I declare under Penalty of Perjury that the Foregoing is True and Correct

Executed on JULY 9th 2019

Signature Plaintiff

Pg # 4

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MARK DUBLINO

**DEFENDANTS** SGT. BIEGAJ, DEP. THOMPSON, SGT. DEE, SGT. ROBINSON, SGT. GROSS, DEP. GELSTER, DEP. WILSON, DEP. GIARDINA,

(b) County of Residence of First Listed Plaintiff: CAYUGA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: ERIE
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | [X] 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 U.S.C.A § 1983

Brief description of cause: CONSTITUTIONAL 5TH & 14TH AMENDMENTS "DUE PROCESS CLAUSES"

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 20,000,000.

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE: DAVID G. LARIMER, MARIAN W. PAYSON

DOCKET NUMBER: 6:18-CV-06010

DATE: 7/9/19

SIGNATURE OF ATTORNEY OF RECORD: *(signed)* "PRO SE" MARK DUBLINO

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Pg # 5

[Photograph labeled "Attny Visit A" timestamped 3/9/2018 10:22:38.940 AM, frame 146]

**ATTACHMENT 'A'**

ATTACHMENT 'B' ON OPPOSITE SIDE OF PAGE

* DUBLINO v. BIEGAS 6:19-CV-06269-DGL AMENDED COMPLAINT — ONLY A SELECTED FEW PHOTO'S PRODUCED BY ERIE COUNTY HOLDING CENTER *

NOTE: THIS PHOTO REFLECTS ALTERING BY CROPPING AND ZOOMING IN ON SUBJECTS DONE WITH INTENTION TO OMIT DOG FROM SCENE.

MARK DUBLINO
[signature]



ATTACHMENT 'B'

DUBLINO V. BIEGAS 6:19-CV-06269-DGL

ATTACHMENT 'A' OPPOSITE SIDE OF PAGE
MARK DUBLINO

6:19-CV-06269-DGL AMENDED COMPLAINT
ONLY A SELECTED FEW PHOTO'S PRODUCED BY ERIE COUNTY HOLDING CENTER

NOTE: THIS PHOTO REFLECTS ALTERING BY ZOOMING IN ON SUBJECTS DONE WITH INTENTION TO OMIT DOG FROM SCENE

MARK DUBLINO



ATTACHMENT "C"

ATTACHMENT "D" ON OPPOSITE SIDE OF PAGE

DUBLINO v. B. EGAS  6:19-cv-06269-DGL  AMENDED COMPLAINT

* ONLY A SELECTED FEW PHOTO'S PRODUCED BY ERIE COUNTY HOLDING CENTER *

NOTE: THIS PHOTO REFLECTS ALTERING BY CROPPING AND ZOOMING IN ON SUBJECTS DONE WITH INTENTION TO OMIT ACTION BY OFFICER

MARK DUBLINO

[ATTACHMENT "D"]

DUBINO V. BIEGAJ   6:19-CV-06269-DGL   AMENDED COMPLAINT

* ONLY A SELECTED FEW PHOTO'S, PRODUCED BY ERIE COUNTY HOLDING CENTER *

MARK DUBINO

**Atty Visit B**   3/9/2018   10:24:00.139 AM   916

NOTE: ELEVEN OFFICERS IN THIS VIEW. TWENTY ONE OFFICERS WERE CRAMMED INTO A FIVE FOOT WIDE CORRIDOR WHICH WERE CUT OF VIEW AND OBSTRUCTING VIDEO COVERAGE

NOTE: THIS PHOTO REFLECTS ALTERING BY ZOOMING IN ON SUBJECTS DONE WITH INTENTION TO OMIT OFFICERS WHO WERE OBSTRUCTING VIEW

[Photograph annotated with handwritten notes:]

- ATTACHMENT "E"
- DUBLINO V. BIEGA_ 6:19-06269-DGL AMENDED COMPLAINT
- SEE: ATTACHMENT "F" OPPOSITE SIDE
- VITAL SIGNS (with arrows pointing to monitor)
- HAND HELD CAMERA – OVER ONE HOUR LATER AT INFIRMARY
- MARK DUBLINO, PLAINTIFF & OFFICERS
- 03·09·2018  11:37



ATTACHMENT 'F'

DUBLINO v. BIEGAJ 6:19-CV-06269-DGL
AMENDED COMPLAINT

SEE ATTACHMENT 'E' OPPOSITE SIDE

MARK DUBLINO

HAND HELD CAMERA OVER ONE HOUR LATER AT INFIRMARY
PLAINTIFF AND OFFICERS



ATTACHMENT "G"

DUBLINO v. BIEGAJ  6:19-CV-06269-DGL
AMENDED COMPLAINT

MARK DUBLINO

HAND HELD CAMERA - OVER ONE HOUR LATER AT INFIRMARY PLAINTIFF & OFFICERS

03.09.2018 12:27

HAND HELD CAMERA - PLAINTIFFS SNEAKER & DOCUMENTS PERTAINING TO: *DUBLINO v. TERRANOVA* 18-CV-6178-DGL



Attachment "I" — Dubino v. Biegaj 6:19-CV-06269-DGL Amended Complaint

Hand Held Camera — Plaintiff's Broken Glasses & Documents To: Dubino J. Terranova 18-CV-6178-DGL

See Attachment "J" opposite side

Mark Dubino

[ATTACHMENT 'J']

DUBLINO V. BIEGAJ 6:19-CV-06 AMENDED COMPLAINT

SEE ATTACHMENT 'I' OPPOSITE SIDE

HAND HELD CAMERA — ATTORNEY CONFERENCE ROOM #3 OVER TWO HOURS LATER

MARK DUBLINO

03.09.2018 12:27

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK ) ss:
COUNTY OF CAYUGA  )

I Mark Dublino, being duly sworn deposes and says:
That on this date Indicated below of notarization
I served a true copy of:

1.) Information on 42 U.S.C.§ 1983 Case No. 6:19-cv-06269-DGL
    Amended Complaint Dublino v. Biegaj et. al.
 * Cation of Action; * Staement of Jurisdiction; * Parties to this Action;
 * Previous lawsuits;* Additional page for parties of this action;
 * Claim Description; * JS 44 Civil Cover Sheet; *Attachments "A" - "J"

On the following parties:

To: Clerk of Court
    Western District of New York
    111 Kenneth B. Keating
    Federal Building
    100 State Street
    Rochester, New York 14614

By placing said documents in a properly addressed envelope with facility prepaid postage envelope and inserting in a prison mailbox at Auburn Correctional Facility.

Date: July 3rd 2019

_____
Mark Dublino; Din. 18-B-0793
Auburn Correctional Facility
135 State Street
Auburn, New York 13024

Sworn to before me on this
03 day of July, 2019

_____
Notary

BRENDA J WALSH
Notary Public, State of New York
No. 01WA6286594
Qualified in Tompkins County
Commission Expires July 29, 2021

**AUBURN CORRECTIONAL FACILITY**
P.O. BOX 618
AUBURN, NEW YORK  13024

NAME: Mark Dublino      DIN: 18-B-0793



JUL 17 2019

LEGAL MAIL

Clerk of the Court
Western District of New York
U.S. District Court
100 State Street
Rochester New York 14614