UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARK T. DUBLINO,

                *Plaintiff,*

v.

SGT. JUSTIN BIEGAJ, SGT. ROBERT DEE,
DEPUTY BRIAN THOMPSON,
DEPUTY FRANK GELSTER,
SGT. MR. CROSS, SGT. MR. ROBINSON,
DEPUTY MR. P. GIARDINA, and
DEPUTY SHAWN WILSON,

                *Defendants.*

**NOTICE OF MOTION**

Case No.: 19-CV-6269

---

**NATURE OF ACTION:**      42 U.S.C. §1983

**MOVING PARTIES:**      Defendants Biegaj, Dee, Thompson, Gelster, Cross, Robinson, Giardina, and Wilson, by their attorney, Michael A. Siragusa, Esq., Erie County Attorney, by Erin E. Molisani, Esq., of counsel

**RELIEF REQUESTED:**      An Order granting defendants summary judgment and dismissing the Amended Complaint, together with such other and further relief as to this Court may seem necessary and just

**DATE, TIME & PLACE:**      As directed by the Court, Hon. David G. Larimer, United States District Court Judge, Western District of New York, 100 State Street, Rochester, New York 14614

**SUPPORTING PAPERS:**      Supporting Declaration of Erin E. Molisani, Esq. sworn to October 8, 2021, with Exhibits A through L; Movants' Statement of Material Facts Pursuant to Local R. 56 by Assistant Erie County Attorney Erin E. Molisani, dated October 8, 2021; and

|  |  |
|---|---|
|  | Memorandum of Law dated October 8, 2021 |
| **REPLY PAPERS:** | These moving defendants intend, if need be, to file and serve reply papers, which are to be filed in accordance with the Court's briefing schedule |
| **GROUNDS FOR RELIEF REQUESTED:** | Fed. R. Civ. P. 56, Local R. Civ. P. 56, and authority cited herein |
| **ORAL ARGUMENT:** | As directed by the Court |

Dated:  Buffalo, New York
        October 8, 2021

**MICHAEL A. SIRAGUSA**
*Erie County Attorney*

s/ *Erin E. Molisani*
Erin E. Molisani, Esq.
Assistant County Attorney
95 Franklin Street, Room 1634
Buffalo, New York 14202
Telephone: (716) 858-2216
Email:  Erin.Molisani@erie.gov