# EXHIBIT B



VIDEO FOOTAGE

PHYSICAL COPY OF CD TO BE SUBMITTED TO THE COURT WITH COPY TO PLAINTIFF'S COUNSEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARK T. DUBLINO,

                *Plaintiff,*        **AFFIDAVIT**

v.

                                    Case No.: 19-CV-6269

SGT. JUSTIN BIEGAJ, SGT. ROBERT DEE,
DEPUTY BRIAN THOMPSON,
DEPUTY FRANK GELSTER,
SGT. MR. CROSS, SGT. MR. ROBINSON,
DEPUTY MR. P. GIARDINA, and
DEPUTY SHAWN WILSON,

                *Defendants.*

---

STATE OF NEW YORK  )
COUNTY OF ERIE       )
CITY OF BUFFALO    )

      BRIAN THOMPSON, being first duly sworn, deposes, and says under the pains and penalties of perjury:

      1.    I offer this Affidavit for the purposes of authenticating the file marked "HC-18-124" on Exhibit B.

      2.    I was involved in and witnessed the events outside of attorney conference room number 3 at the Erie County Holding Center on March 9, 2018 at approximately 10:20 a.m.

      3.    I have reviewed the video marked as HC-18-124 and contained on Exhibit B.

      4.    HC-18-124 on Exhibit B shows the views of security cameras in and around attorney conference room number 3 at the Erie County Holding Center on March 9, 2018 at approximately 10:20 a.m.

      5.    The file marked HC-18-124 on Exhibit B is a fair and accurate depiction of the events I witnessed from the vantage point of the cameras.

Dated:      October 8, 2021
                 Buffalo, New York

                                                                /Brian Thompson
                                                               Brian Thompson

Sworn before me this 8
day of October, 2021

Notary Public

**CARA NADROWSKI**
**COMMISSIONER OF DEEDS**
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 20__

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARK T. DUBLINO,

                        *Plaintiff*,

v.

SGT. JUSTIN BIEGAJ, SGT. ROBERT DEE,
DEPUTY BRIAN THOMPSON,
DEPUTY FRANK GELSTER,
SGT. MR. CROSS, SGT. MR. ROBINSON,
DEPUTY MR. P. GIARDINA, and
DEPUTY SHAWN WILSON,

                        *Defendants*.

**AFFIDAVIT**

Case No.: 19-CV-6269

---

STATE OF NEW YORK  )
COUNTY OF ERIE       )
CITY OF BUFFALO    )

ROBERT DEE, being first duly sworn, deposes, and says under the pains and penalties of perjury:

1. I offer this Affidavit for the purposes of authenticating the file marked "HC-18-124" on Exhibit B.
2. I was involved in and witnessed the events outside of attorney conference room number 3 at the Erie County Holding Center on March 9, 2018 at approximately 10:20 a.m.
3. I have reviewed the video marked as HC-18-124 and contained on Exhibit B.
4. HC-18-124 on Exhibit B shows the views of security cameras in and around attorney conference room number 3 at the Erie County Holding Center on March 9, 2018 at approximately 10:20 a.m.
5. The file marked HC-18-124 on Exhibit B is a fair and accurate depiction of the events I witnessed from the vantage point of the cameras.

Dated:      October **07**, 2021
               Buffalo, New York

                                                    Robert Dee

Sworn before me this 7TH
day of October, 2021

Notary Public

**PAUL ROTT**
**COMMISSIONER OF DEEDS**
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 20__