# EXHIBIT C

1

2  UNITED STATES DISTRICT COURT          ORIGINAL

3  WESTERN DISTRICT OF NEW YORK

4  - - - - - - - - - - - - - - - - - - - - - - - x

   MARK T. DUBLINO

5       Plaintiff

        -vs-

6  SGT. JUSTIN BIEGAJ, SGT. ROBERT DEE,

   DEPUTY BRIAN THOMPSON, DEPUTY FRANK

7  GELSTER, SGT. MR. CROSS, SGT. MR. ROBINSON,

   DEPUTY MR. P. GIARDINA, DEPUTY SHAWN WILSON

8       Defendants

   - - - - - - - - - - - - - - - - - - - - - - - X

9            Civil Action No. 6:19-cv-6269-DGL

10

11

12

13       Deposition of Brian Thompson taken pursuant to

14  notice via videoconference on Wednesday, June 9, 2021

15  commencing at 10:08 a.m.

16

17

18

19

20

21  Reported by:

22  COMPUTER REPORTING SERVICE

23  Shari L. Vitalone

24  16 East Main Street, Suite 7

25  Rochester, New York  14614        (585) 325-3170

2

2   APPEARANCES:

3      MODICA LAW FIRM

4      By:  STEVEN V. MODICA, Esq.

5      2430 Ridgeway Avenue

6      Rochester, New York  14626

7      Attorneys for plaintiff

8

9      ERIE COUNTY DEPARTMENT OF LAW

10     By:  ERIN MOLISANI, Esq.

11     95 Franklin Street, Suite 1634

12     Buffalo, New York  14202

13     Attorneys for defendants.

14

15

16

17

18

19

20

21

22

23

24

25

3

2                          INDEX

3   Brian Thompson

4        Examination by Mr. Modica              4 - 33

5

6

7   Reporter Certificate                            34

8   Witness Certificate                             35

9   Errata Sheet                                    36

10

11   (No exhibits marked.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1         B. Thompson - Examination by Mr. Modica

2               BRIAN THOMPSON

3    called herein as a witness, being duly sworn,

4             testified as follows:

5  EXAMINATION BY MR. MODICA:

6    Q.   Good morning.  As I indicated earlier, my

7  name is Steve Modica.  I am the pro bono counsel for

8  Mark Thomas Dublino who has brought an action against

9  you and several of your colleagues at the Erie County

10  Holding Center.

11    I'm going to ask you a series of questions.  I'm

12  going to ask that you answer them to the best of your

13  ability.

14    If you don't understand the questions it's

15  perfectly okay to ask me to rephrase them.  I'd be

16  happy to do that.

17    This meeting is a little difficult.  It's very

18  important we speak one at a time.  So I'm going to be

19  careful about waiting until you're done before I ask

20  the next question and I will ask you to do the same

21  thing.

22    Okay?

23    A.   Sounds good.

24    Q.   Is it correct you are currently employed at

25  the Erie County Holding Center in the jail management

5

B. Thompson - Examination by Mr. Modica

1
2   division?

3       A.      Correct.

4       Q.      How long have you worked for them?

5       A.      I'm starting my fourteenth year right now.

6   This past May I'm going into my fourteenth year.

7       Q.      And during 2018 were you working for them?

8       A.      Yes.

9       Q.      And where were you performing your work in

10  2018 for them?

11      A.      Within the jail management division within

12  the holding center.

13      Q.      Where is the Erie County Holding Center

14  located?

15      A.      40 Delaware, Buffalo, New York, 14202.

16      Q.      Were you working at the Erie County Holding

17  Center on the morning of March 9 of 2018?

18      A.      Yes.

19      Q.      What was your job assignment that day?

20      A.      K-9.

21      Q.      And would you describe generally what your

22  responsibilities were performing K-9 work at the

23  holding center?

24      A.      On a daily basis my job is to search the

25  incoming visitors for the presence of narcotic odor

6

1          B. Thompson - Examination by Mr. Modica

2    with the dog prior to them entering the main visit room

3    for a contact visit.

4          Q.    What was your shift that day if you remember,

5    again, March 9th, 2018?

6          A.    Day shift, seven to three.

7          Q.    Seven a.m. to three p.m., correct?

8          A.    Correct, yes.  I'm sorry.

9          Q.    That's okay.  Were you handling a particular

10   K-9 on that day, again, March 9th, 2018?

11         A.    I was.  Bili.

12         Q.    Is Bili a male or female?

13         A.    He's a male German shorthaired pointer.

14         Q.    And if you recall about how long before

15   March 9th of 2018 had you been handling Bili?

16         A.    Six, seven years.

17         Q.    Tell me if you could if you recall Bili's

18   demeanor as of March 9th of 2018.  What kind of dog was

19   he at that point if you remember?

20         A.    Very calm, great demeanor, very -- not a

21   single thing bothers him.

22         He's just a very calm, cool, collected dog.  He

23   doesn't have a care in the world.

24         Q.    Okay.  Do you recall whether you interacted

25   with Mark Dublino at any point before March 9th of

1              B. Thompson - Examination by Mr. Modica

2    2018?

3       A.      Not really, no.  I might have seen him in the

4    visit room prior a few times, but nothing that I could

5    say, yes, I had conversations with him or anything.

6       I've seen him in the visit room before prior.

7       Q.      Okay.  And certainly you interacted with him

8    on March 9th of 2018; is that correct?

9       A.      Correct.

10      Q.      And there's a video at least of part of your

11   interaction with Mr. Dublino on that day that I want to

12   show you, give you an opportunity to take a look at it.

13   I don't know if you've seen it.

14      Let me share my screen, and if you have any

15   difficulty seeing this -- do you mind if I call you

16   Deputy Thompson; is that okay?

17      A.      Yeah, that's fine.

18      Q.      Okay.  So I'm going to -- can you see the

19   screen I've tried to share here?

20      A.      I did for a second, but now it looks like --

21      Q.      You know what?  I moved it.  That's my bad.

22      How's that?

23      A.      Got it.

24      Q.      Terrific.  All right.  So I'll represent to

25   you that this is a video that was produced by the

8

1        B. Thompson - Examination by Mr. Modica

2    County about this incident.

3        First let me start with, have you ever seen this

4    video before today?

5        A.    I did, yes.

6        Q.    Okay.  And I'm not going to go through it in

7    a lot of detail now, but if at any point during your

8    testimony you want to refer to it it's perfectly okay.

9        Just let me know.  I'll bring it up and we can play

10   it.

11       A.    Okay.

12       Q.    If you look at the screen it looks like

13   there's four boxes of videos so to speak.  The upper

14   left says alpha hallway.

15       Can you tell me what that is?

16       A.    The alpha hallway is the hallway that leads

17   from central control into that hallway.

18       On the left hand side of that screen there's the

19   elevators that take you to the different levels of the

20   jail.

21       Q.    Terrific.  Okay.  And below that you see the

22   screen that seems to be designated Attorney Visit Sally

23   Port.  Do you see that?

24       A.    I do.

25       Q.    Can you tell me what that depicts?

9

1          B. Thompson - Examination by Mr. Modica

2      A.     So when an inmate has a visit with their

3  counsel, with their attorney, they're going to come in

4  through that hallway, come in through that door.

5      That sally port leads to the second door that you

6  can kind of see to the bottom right.  That leads you to

7  the inmate side of the attorney room -- I'm sorry.

8  That would be the deputy side of the attorney room --

9  or I'm sorry.  That's the inmate side.

10      That is the inmate side.  I'm looking at it

11  backwards.  That's the inmate side where they would go

12  in and come out.

13      Q.     And then if you look at the top right part of

14  the screen there's a box entitled Attorney Visit A.

15  What does that show?

16      A.     So attorney room A, what you're looking at -

17  that door - if you refer back to the attorney visit

18  sally port, that door on the bottom right, that's the

19  same door.

20      So the inmate would come in through that door and

21  going back to attorney visit A, the rooms on the right

22  hand side, those are all attorney rooms that the

23  inmates would come in to see their attorney.

24      Q.     And, again, what we're looking at in this

25  corner attorney visit A is the inmate side not the

10

B. Thompson - Examination by Mr. Modica

1

2    attorney side, correct?

3        A.    True.   That would be where the inmates come

4    in and out of the alpha hallway.

5        Q.    I note at this moment the attorney visit A

6    screen has nothing displayed, but when I move that up a

7    little bit, if you could generally tell me what that

8    shows.

9        Well, just wait until something comes up on the

10   screen there.   I'm sorry.

11       A.    No problem.

12       Q.    So I paused it.   So, again, the top right

13   attorney visit A you described that and what does the

14   bottom right attorney visit B show?

15       A.    That's the same hallway.   That's just a

16   camera further down the hallway it looks like, but that

17   would be the same hallway.

18       Visit room A would be I guess closer towards that

19   door.   Visit room B would be closer towards the back --

20   the back side.

21       It's the same camera just a different angle.

22       Q.    Same hallway, same inmate side of that room,

23   but just different views?

24       A.    Correct, yeah.

25       Q.    All right.   So I'm going to start from the

11

1        B. Thompson - Examination by Mr. Modica

2   beginning and just show it to you.

3        I won't comment on it, but again, if at any point

4   you want to refer to this video please feel free to do

5   that.  It's about three minutes long.

6        So I'm going to just shut up and play it.

7   (Deposition Exhibit A played.)

8        Q.    Okay.  So I'll note for the record that the

9   video stopped.

10        At this point, Deputy Thompson, were you able to

11   see the video?

12        A.    I was, yes.

13        Q.    Perfect.  Okay.  Is that video best as you

14   know complete as far as you know?

15        A.    As far as I know, yes.

16        Q.    And I recognize that you had left the scene

17   as depicted in the video for a period of time, but at

18   least as far as you can recall it's pretty complete?

19        A.    Yes.

20        Q.    Did you also prepare a memorandum about this

21   incident?

22        A.    Yeah.  I did, yes.  A pink sheet, yes.

23        Q.    Sure.  All right.  I want to show you what

24   has been marked as Deposition Exhibit B, and do you

25   recognize this document?

12

1          B. Thompson - Examination by Mr. Modica

2      A.     All I have is like an email in front of me.

3      Q.     I'm sorry.   There we go.

4      A.     Yup, I got it.

5      Q.     I apologize.   I will get this right at some

6   point.

7      Do you recognize Deposition Exhibit B?

8      A.     I do.

9      Q.     Did you prepare that document?

10     A.     I did.

11     Q.     And is that document complete the best that

12   you know?

13     A.     Yes.

14     Q.     And why did you prepare the document?

15     A.     I was the first one to respond to it.   So I

16   knew I was going to have to have some kind of

17   documentation.   So I prepared -- of what I witnessed

18   and so I wrote that up.

19     Q.     Okay.  And when did you prepare it if you

20   recall?

21     A.     I don't recall.   Fairly soon after this had

22   happened.  It wasn't very long after this had happened.

23     I had put the dog downstairs and got started on

24   this basically.

25     Q.     And it's dated March 9th of 2018.   Would that

13

1        B. Thompson - Examination by Mr. Modica

2    indicate to you that you actually prepared it on that

3    date?

4        A.    It was, correct.

5        Q.    And, again, if at any point you want to refer

6    to this document I'll make it available to you.

7        A.    Okay.   Thank you.

8        Q.    Did you also prepare a Use of Force report

9    about this incident?

10       A.    I did, yes.

11       Q.    Okay.   I want to show you what has been

12    marked as Deposition Exhibit C.   Do you recognize that

13    document?

14       A.    I do.

15       Q.    What is it?

16       A.    That is my Use of Force pertaining to myself

17    personally.

18       Q.    And if you recall about when did you prepare

19    this?

20       A.    That would have been done after I did my pink

21    sheet or my memorandum.

22       Q.    So generally the memo was done first and the

23    Use of Force report was done second?

24       A.    I believe so.   Yes, I believe so.

25       Q.    Why did you prepare that Use of Force report?

B. Thompson - Examination by Mr. Modica

1

2  A.    Because I had to physically grab Mr. Dublino

3  out of the room.  So I just assumed a Use of Force was

4  going to have to be done.

5  Q.    Tell me about that.  Is it your understanding

6  if a deputy has any physical contact with an inmate

7  that that's something they need to report in some

8  fashion?

9  A.    That I don't know.  I don't -- I just knew

10  that this particular incident I was going to have to --

11  I was going to have to fill one out.  So --

12  Q.    All right.  What is a 10-99 called?

13  A.    It's an officer needs assistance.

14  Q.    To your knowledge what are the

15  responsibilities of deputies, for example, if they get

16  a 10-99 call?

17  A.    To respond to that location who is available.

18  Q.    And I think you said 10-99 is an officer is

19  in distress; is that correct?

20  A.    Correct.

21  Q.    Is there a code for an altercation between a

22  person in custody and their lawyer, for example?

23  A.    Not that I know of, no.

24  Q.    How were you informed of the 10-99 call on

25  March 9th, 2018?

1       B. Thompson - Examination by Mr. Modica

2       A.      If I remember correctly, it was broadcast

3   over the PA system and it was also broadcast via a

4   radio.

5       Q.      And "a radio" meaning a radio that was on

6   your body?

7       A.      Yeah, a radio that we carry.  I'm sorry.

8       Q.      And the PA system is available in a broader

9   sense in the building itself?

10      A.      Through every speaker in the building.  It's

11  what they call an all call.

12      Q.      Where were you when you got the call on the

13  morning of March 9th?

14      A.      I had literally just taken Bili outside to

15  give him a break, take him outside.

16      I was approaching the central sally port door when

17  it was called on the radio.  So from the central sally

18  port door to the visit room was not very far.

19      So I responded because I was right there.

20      Q.      And Bili you said was with you when you got

21  the 10-99 call on March 9th, correct?

22      A.      Correct.

23      Q.      And where did that call direct you to go?

24      A.      To attorney room B.

25      Q.      And what action if any did you take after you

16

B. Thompson - Examination by Mr. Modica

1  got the call?

2  A.     I just immediately ran down the alpha hallway

3  and went to that door and walked through the doors.

4  Q.     And I think if I recall at least the video

5  depicted shows you kind of running down the hallway

6  with Bili approaching the sally port door; is that

7  accurate?

8  A.     Correct.

9  Q.     And then after you got through the sally port

10  door toward the attorney conference room area you were

11  on the inmate side, correct?

12  A.     Correct.  Where the inmates would come

13  through, yes.

14  Q.     And it looks to me from the video that you

15  were the first person to arrive at the attorney

16  conference room.

17  A.     Correct.

18  Q.     And what did you see when you got there?

19  A.     When I approached attorney room 3

20  Mr. Terranova had made a statement, "I was just

21  assaulted by inmate Dublino.  I want to press charges."

22  His face was visibly swelled.  It almost looked

23  like he'd been pepper sprayed.  That's the only way I

24  could describe it.

17

1        B. Thompson - Examination by Mr. Modica

2    His eyes were already welling up and his face was

3 swollen.

4    Q.   So that's what you at least heard from

5 Mr. Terranova and what you saw of him.

6    Did you hear or see anything of Mr. Dublino at that

7 point when you first arrived?

8    A.   No.

9    Q.   And do you recall whether you said anything

10 when you first arrived?

11    A.   I don't know.  I don't recall.

12    Q.   I'll represent to you that there's at least

13 some statement by a witness that alleges that you said,

14 "What the fuck are you doing" and that you yelled

15 repeatedly to Dublino, "Get on the fucking ground.  Get

16 on your stomach."

17    First, I apologize for the language, but I want to

18 ask you, do you recall making any statements of that

19 nature?

20    A.   When I grabbed him out of the room I told him

21 to get on his knees first which he complied and then to

22 get on his stomach.

23    I don't recall saying anything prior to him, no.

24    Q.   Let's just talk about your physical contact

25 with him which you identify in your report.

18

1          B. Thompson - Examination by Mr. Modica

2      If I understand it, initially once you arrived you

3  took your right hand and you grabbed Mr. Dublino by his

4  shirt and pulled him out of the room.

5      Is that accurate?

6      A.    Correct.

7      Q.    And tell me about your left hand.  What was

8  going on with your left hand at that point?

9      A.    I had my dog Bili's leash in my left hand.

10      Q.    And I believe your testimony was you ordered

11  him to sit down.  Did he comply with that --

12      A.    He did.

13      Q.    -- order?

14      A.    He did.

15      Q.    And then I believe you said you ordered him

16  to lay face down; is that correct?

17      A.    Correct.

18      Q.    Did he comply with that order?

19      A.    He did.

20      Q.    And then if I understood correctly, you used

21  your right hand to apply pressure until the response

22  team arrived; is that correct?

23      A.    Correct.

24      Q.    And tell me where did you place your right

25  hand on Mr. Dublino's body?

19

1          B. Thompson - Examination by Mr. Modica

2     A.     I want to say the middle of his back.  I

3  don't recall, but I want to say the middle of his back.

4     Q.     While you're having this physical contact

5  with Mr. Dublino does he say anything to you?

6     A.     I don't recall.  I don't believe so.

7     Q.     And when he was laying face down and you had

8  your hands on his back did he resist at all?

9     A.     Not with me, no.

10     Q.     Did Mr. Dublino at any point while you had

11  physical contact with him complain that he was unable

12  to breathe?

13     A.     No.

14     Q.     Now, at some point Mr. Dublino was put in

15  handcuffs.  Were you present when that happened?

16     A.     I was not, no.

17     Q.     I accept that testimony.  I have some general

18  questions about when people are handcuffed that if you

19  can answer, great.  If you can't, that's fine.

20         Is there a way - a specific way - that people are

21  supposed to be handcuffed?

22     A.     I mean, I guess in a perfect world you would

23  want the key holes facing out, but -- I mean, I guess

24  there's probably no exact way or perfect way to

25  handcuff somebody.

20

1          B. Thompson - Examination by Mr. Modica

2      I personally myself don't carry handcuffs on me so

3   I don't know who handcuffed inmate Dublino.  How it was

4   done, you know, that I don't know.

5      But I guess to answer your question there's

6   probably no perfect way of doing it.

7      Q.    When you say, "keyholes out" -- first of all,

8   is someone typically handcuffed with their hands in

9   front of them or behind them?

10     A.    Typically here we try to cuff everybody from

11  behind.

12     There are -- inmates that go to court, for

13  instance, are cuffed in the front.  That's just -- I

14  don't know if every place is different, but the

15  keyholes I'm talking about, when you have your cuff

16  key, the key holes facing out so you're not having to

17  dig around to try to find the keyhole to uncuff

18  someone.

19     Q.    So would that typically mean -- a person

20  being handcuffed behind their back, would their palms

21  be facing away from the center of their body or towards

22  the center of their body?

23     I apologize if I'm not explaining that very well.

24  Do you understand what I'm saying?

25     A.    Yeah.  So it would be away from them.

1          B. Thompson - Examination by Mr. Modica

2      Q.    Okay.   Ordinarily they would be cuffed with

3  their hands behind their back, but their palms would be

4  facing away from the center of their body?

5      A.    Correct.

6      Q.    And I think if I understood you correctly the

7  handcuffs -- the keyhole so that you can release them

8  ultimately from those handcuffs would be on the outside

9  for easier access?

10      A.    Correct.

11      Q.    All right.   Thank you.   Can you explain to

12  me, Deputy Thompson, why did you use force on Mr.

13  Dublino on March 9th, 2018?

14      A.    When I approached the door, Mr. Terranova's

15  face was visibly swollen.   So it was my recollection

16  that an assault had taken place and I was further

17  trying to prevent something else from possibly

18  happening.

19      Q.    And that was initially in grabbing him,

20  ultimately in holding him down.   What was the purpose

21  of the force you used in holding him down until

22  the response team arrived?

23      A.    Just simply that because I knew a response

24  team was coming.

25      At the end of the day I have one hand tied up with

22

B. Thompson - Examination by Mr. Modica

1

2      the dog.   So if something happens and he gets up and

3      comes after me, I literally have one hand to defend

4      myself.

5          Q.      And is Bili trained to protect you?

6          So let's say, for example, the interaction with

7      Mr. Dublino did not go the way it did and let's say he

8      started to strike you.

9          Is Bili trained to attack someone who is attacking

10     you?

11         A.      No, no.

12         He's retired now.   He was a single purpose

13     narcotics detection dog.   His only job was to sniff

14     narcotics.

15         He was not done on handler protection.   He wasn't

16     done on tracking.   He had one job and that was to sniff

17     out narcotics.

18         Q.      Now, some of Bili's interaction or presence

19     is depicted in the video, but some is not so I'll ask

20     you some questions about that.

21         It looked to me like you continued to hold Bili in

22     your left hand throughout this whole interaction with

23     Mr. Dublino; is that correct?

24         A.      Correct.

25         Q.      How did Bili react while you were having this

23

B. Thompson - Examination by Mr. Modica

1         B. Thompson - Examination by Mr. Modica
2     interaction with Dublino -- or did he react I guess is
3     the question.
4         A.     He really didn't react.  When I pulled inmate
5     Dublino out of the room the dog was standing there.
6         He didn't do anything.  He didn't bark.  He didn't
7     do anything.
8         Q.     At any point in your presence did Bili bite
9     Mr. Dublino?
10        A.     No.
11        Q.     At any point in your presence did Bili
12    scratch Mr. Dublino?
13        A.     No.
14        Q.     At any point did you see Bili have any
15    physical contact with Mr. Dublino?
16        A.     No.
17        Q.     At any point during your interaction with Mr.
18    Dublino that morning did you lose control of your
19    leash?
20        A.     Never, no.
21        Q.     Now, from the time you arrived at the
22    attorney conference room until Dublino was removed by
23    the response team, did you hear Mr. Terranova say
24    anything other than what you told us earlier?
25        A.     I did not, no.

24

1        B. Thompson - Examination by Mr. Modica

2        Q.    There was some report he said -- told

3    someone - Mr. Terranova that is - "Kick his ass."

4        A.    I don't recall that, no.

5        Q.    There was a period of time when you had Mr.

6    Dublino down.  You had your hands on his back before

7    the response team came.

8        Did you give any thought to radioing people and

9    saying, "You know, I've got this under control.  Things

10   are good" or what were your thoughts at that point if

11   anything?

12       A.    No.

13       Our policy - I don't know if it's per a state

14   policy - when a 10-99 is called a sergeant is asked to

15   radio central control that either, one, it's a false

16   alarm, or two, you know, clear movement or -- I don't

17   have the authorization to say, "Hey, I'm all set, I

18   don't need help."

19       That's for a sergeant or higher.

20       Q.    I'm somewhat familiar with the levels of

21   authority, but it's fair to say that sergeants at least

22   hold a higher rank than you do as a deputy; is that

23   fair?

24       A.    Correct, yeah.

25       Q.    The response team then removed inmate Dublino

25

B. Thompson - Examination by Mr. Modica

1

2      from the attorney conference room area.  Where did they

3      take him if you know?

4          A.    I don't know.  I would assume medical, but I

5      don't know.

6          Q.    And what did you do after the response team

7      arrived?

8          A.    After the response team arrived, if you can

9      remember the video, I backed out of it within twenty,

10     twenty-five seconds, thirty seconds.

11         There was more than enough people there.  I just

12     backed out and that was it.

13         Q.    And if you recall, where did you go after you

14     backed out?

15         It does show you walking back out the alpha

16     hallway, but it doesn't show where you went from there.

17         A.    I walked out the alpha hallway, walked into

18     central control and came back out into the alpha

19     hallway in case there was something they needed from

20     me, and I was intercepted by another deputy as you can

21     see on the video and I put Bili downstairs and started

22     my paperwork and that's it.

23         Q.    I want to ask you about some of the members

24     of the response team and whether you saw any of their

25     actions during it and a lot of this is based on

26

B. Thompson - Examination by Mr. Modica

1

2       allegations that my client has made.  So if you know

3       about them, great.  If you don't know about them,

4       great.

5           I think it might be helpful to bring the video up

6       so you can identify if you're able to who those

7       deputies are.  So I'm going to bring the video up.

8           All right.  Are you able to see the screen again?

9       A.    I am, yes.

10      Q.    All right.  So first let me ask you about

11      Sergeant Justin Biegaj and I may be mispronouncing his

12      name.

13      A.    Biegaj, yes.

14      Q.    First of all, is he depicted in any way on

15      the video?

16      A.    Right now, no.

17          Are you playing it?

18      Q.    I'm not playing it now, but generally in your

19      recollection from watching the video is he depicted in

20      it?

21      A.    I believe so, yes.

22      Q.    All right.  So I'm going to play the video

23      and if you could tell me when he first comes into the

24      screen that would be helpful to me.

25          I'll start it now.

27

1          B. Thompson - Examination by Mr. Modica

2     (Deposition Exhibit A played.)

3          A.     Stop it right there.  That's Sergeant Biegaj

4     right there.  If you back it up the first one through

5     the door would be Sergeant Biegaj.

6          Q.     So the first one through the door?

7          A.     Right there.

8          Q.     The gentleman I'm circling right here; is

9     that correct?

10         A.     Correct.

11         Q.     Okay.  Thanks.  And, again, if you want me to

12    show you more of the video I'd be happy to.  I just

13    want to know who he is.

14         Mr. Dublino alleged that Sergeant Biegaj stomped

15    and stepped on him while he was on the ground targeting

16    his head and back.

17         First of all, did you observe Sergeant Biegaj's

18    conduct when the response team arrived?

19         A.     I did not, no.

20         Q.     All right.  And Mr. Dublino also alleges that

21    Sergeant Biegaj put his knee on Mr. Dublino's back.  Is

22    that something you saw in any way, shape or form?

23         A.     I did not, no.

24         Q.     And the video - and I'll run it through - it

25    doesn't obviously depict all the behavior, all of the

28

```
1          B. Thompson - Examination by Mr. Modica
2    actions in that hallway at the time; is that fair?
3          A.    I mean, the video showed what happened.  I
4    don't control the video so I don't know what more can
5    be shown I guess.
6          Q.    I guess what I'm asking you -- let me run it
7    up and I can give you a better example.
8    (Deposition Exhibit A played.)
9          Q.    Let me pause for a second.  Is this Sergeant
10   Biegaj right here?
11         A.    No.   That's Sergeant McLoud.  I don't know
12   where -- I don't know if you -- attorney room visit B
13   you see me on the right hand side?
14         Q.    This is you right here, correct?
15         A.    Only because I'm bald and I know that.
16   Across from me that looks like Sergeant Biegaj right
17   there.
18         Q.    Right there?
19         A.    I believe so.
20   If you let it play I could probably see the face,
21   but it kind of looks like Sergeant Biegaj right there.
22         Q.    Right now we're at the video of 10:23 a.m.
23   and 2.877 seconds.
24   Is it fair to say that -- well, let me ask you
25   this:  Based on you looking at this still at the
```

```
 1          B. Thompson - Examination by Mr. Modica
 2     moment, where is Mr. Dublino?
 3          A.    He would be probably just below me or
 4     somewhere in that area I would guess.
 5          Q.    And the video unfortunately just does not
 6     show him, correct?
 7          A.    Correct.
 8          Q.    And I think that was my point earlier that
 9     the video, although helpful, doesn't show every angle
10     or exactly where Mr. Dublino was and everyone else in
11     that interaction.  Fair?
12          A.    Yeah.  I see what you're talking about now.
13     Yeah.
14          Q.    Let me ask you about Sergeant Robert Dee and
15     Deputy Shawn Wilson in what I've stopped right now.
16          Can you see their faces?
17          A.    I cannot see their faces, no.
18          Q.    Why don't I run --
19          A.    The alpha hallway video, that first video if
20     I remember correctly, Sergeant Dee would have been the
21     second person behind Sergeant Biegaj.
22          Q.    All right.  Let's run it back.  I'm
23     restarting it and you tell me when you'd like me to
24     stop.
25     (Deposition Exhibit A played.)
```

30

1          B. Thompson - Examination by Mr. Modica

2     Q.     While we're here I'm looking at the alpha

3 hallway at 10:22:31.122 seconds.  Who is this

4 gentleman?

5     A.     That is Captain Galinski I believe.

6     Q.     Thank you.

7 (Deposition Exhibit A played.)

8     A.     Okay.  Stop it.  Let it play a couple of

9 seconds or a couple -- yeah.

10     Okay.  So the first one at the door is Sergeant

11 Biegaj.  Behind him would be Sergeant Dee and then

12 behind Sergeant Dee that looks like Deputy Wilson.

13     Q.     Is this Sergeant Dee right here?

14     A.     Yeah.  It looks like Sergeant Dee.  I'm just

15 waiting to see the chevron on the side of his arm.  If

16 there's A Chevron that's Sergeant Dee.

17     Q.     This gentleman right here?

18     A.     Correct, yeah.  I believe that's Deputy

19 Wilson.

20     Q.     Deputy Shawn Wilson?

21     A.     Correct.

22     Q.     I will play it forward.

23     A.     No.  That's correct, those are -- that's the

24 three.

25     Q.     I want to ask you about Sergeant Dee and

31

1          B. Thompson - Examination by Mr. Modica

2     Deputy Wilson.

3          Mr. Dublino alleges that they grabbed his arms and

4     his hands and they bent and twisted them in abnormal

5     positions with extreme pressure I think related to the

6     handcuffs.

7          You testified earlier you were not present when

8     anyone from the response team handcuffed him; is that

9     right?

10          A.     Yeah.   I'm a hundred percent sure I was not

11    present during the handcuffing.

12          I know I didn't handcuff him.   I'm pretty sure I

13    was not there when they handcuffed him.

14          Q.     And I'll represent to you - and we can play

15    it if you'd like - in the video it looks like from the

16    time you bring Mr. Dublino to the ground until he is

17    lifted up by the response team it's about a minute and

18    twenty seconds.

19          Can you tell me if you know roughly how long does

20    it take to put handcuffs on someone who's not

21    resisting?

22          Is it more or less time do you think?

23          A.     I mean, my guess would be less time, but I

24    don't know.

25          Q.     And, again, I think your testimony was you

32

1          B. Thompson - Examination by Mr. Modica

2    weren't present when anyone handcuffed him anyway,

3    correct?

4          A.    Correct.  I believe so, yes.

5          Q.    So tell me about Sergeant Cross.  That would

6    be Sergeant Matthew Cross, correct?

7          A.    Correct.  He would be in that first video in

8    the alpha hallway.  He's the person to the far left.

9          Q.    This gentleman right here?

10         A.    Correct.

11         Q.    So --

12         A.    I believe he's with Buffalo PD now.

13         Q.    All right.  So your understanding is that

14   he's a member of the Buffalo Police Department.  He's

15   not a member of the Erie County Sheriff's Office?

16         A.    He's definitely not with us any more.  I'm

17   fairly sure he's with Buffalo, but I could be wrong.

18         Q.    Do you know if he was employed with the Erie

19   County Sheriff's Office on March 9th of 2018?

20         A.    I would assume he was, yes.

21         Q.    And did you have the opportunity to observe

22   Sergeant Cross in his interactions with Dublino in that

23   hallway on March 9th of 2018?

24         A.    I did not, no.

25         Q.    I want to ask you about any interactions

33

1          B. Thompson - Examination by Mr. Modica

2     between Deputy Frank Gelster, Sergeant Jack Robinson

3     and Deputy Peter Giardina and Mr. Dublino.

4          Did you observe any interactions between them and

5     my client in the hallway on March 9th of 2018?

6          A.    I did not, no.

7          Q.    Now, did there come a time when you took some

8     pictures of Mr. Dublino after this incident?

9          A.    Not me personally, no.

10         Q.    Okay.  Do you know who took those pictures?

11         A.    I don't know.

12              MR. MODICA:  I just want to take a break for

13    one moment and see if there's anything else I need to

14    cover and I'll be done.  So thanks for your patience.

15              THE WITNESS:  No problem.

16    (Recess taken.)

17         Q.    At any point, Deputy Thompson, did Mr.

18    Dublino complain of pain in your presence?

19         A.    No.

20              MR. MODICA:  All right.  I have no further

21    questions.  I appreciate your coming in today and

22    unless Erin has anything, you're excused.

23              THE WITNESS:  Thank you.  I appreciate it.

24              MS. MOLISANI:  Have a nice day.

25              MR. MODICA:  Be well.  Thanks.

34

1            B. Thompson - Examination by Mr. Modica

2                      *       *       *

3

4                    REPORTER CERTIFICATE

5

6       I, Shari L. Vitalone, do hereby certify that I did

7   report in stenotype machine shorthand the proceedings

8   held in the above-entitled matter;

9       Further, that the foregoing transcript is a true

10  and accurate transcription of my said stenographic

11  notes taken at the time and place hereinbefore set

12  forth.

13

14  Dated 7/6/2021

15  at Rochester, New York

16

17

18                              s/ Shari L. Vitalone

19                         _____

20                              Shari L. Vitalone

21

22

23

24

25

35

1          B. Thompson - Examination by Mr. Modica

2                    WITNESS CERTIFICATE

3                                               **ORIGINAL**

4     STATE OF                )

5     COUNTY OF               )

6

7        I, Brian Thompson, do hereby certify that I have

8     read the transcript of my testimony as taken under oath

9     on Wednesday, June 9, 2021, and that said transcript is

10    a true, complete and correct record of what was asked,

11    answered and said during said deposition, and that the

12    answers on record therein, and as may be modified in

13    conformity with the attached errata sheet, are true and

14    correct.

15

16

17

18                                    _____

19

20

21    Subscribed and sworn to before me

22    this _____ day of _____, 2021

23    Notary Public

24

25

**COMPUTER REPORTING SERVICE**
**(585) 325-3170**

36

1          B. Thompson - Examination by Mr. Modica
2    In the Matter of:
     MARK T. DUBLINO                    ORIGINAL
3          Plaintiff
           -vs-
4    SGT. JUSTIN BIEGAJ, SGT. ROBERT DEE,
     DEPUTY BRIAN THOMPSON, DEPUTY FRANK
5    GELSTER, SGT. MR. CROSS, SGT. MR. ROBINSON,
     DEPUTY MR. P. GIARDINA, DEPUTY SHAWN WILSON
6          Defendants
              Civil Action No. 6:19-cv-6269-DGL
7
8    Errata sheet for the deposition of Brian Thompson taken
9    on Wednesday, June 9, 2021
10   PAGE         LINE          REASON FOR CHANGE
11   _____        _____         _____
12   _____        _____         _____
13   _____        _____         _____
14   _____        _____         _____
15   _____        _____         _____
16   _____        _____         _____
17   _____        _____         _____
18   _____        _____         _____
19   _____        _____         _____
20   _____        _____         _____
21   _____        _____         _____
22   _____        _____         _____
23   _____        _____         _____
24   _____        _____         _____
25   _____        _____         _____