# EXHIBIT H

1

2  UNITED STATES DISTRICT COURT    ORIGINAL

3  WESTERN DISTRICT OF NEW YORK

4  - - - - - - - - - - - - - - - - - - - - - x

   MARK T. DUBLINO

5       Plaintiff

        -vs-

6  SGT. JUSTIN BIEGAJ, SGT. ROBERT DEE,

   DEPUTY BRIAN THOMPSON, DEPUTY FRANK

7  GELSTER, SGT. MR. CROSS, SGT. MR. ROBINSON,

   DEPUTY MR. P. GIARDINA, DEPUTY SHAWN WILSON

8       Defendants

   - - - - - - - - - - - - - - - - - - - - - X

9       Civil Action No. 6:19-cv-6269-DGL

10

11

12

13      Deposition of JUSTIN BIEGAJ taken pursuant to

14  notice via videoconference on Thursday, July 8, 2021

15  commencing at 9:25 a.m.

16

17

18

19

20

21  Reported by:

22  COMPUTER REPORTING SERVICE

23  John M. DiMartino, CSR, RPR

24  16 East Main Street, Suite 7

25  Rochester, New York  14614      (585) 325-3170

2

2     APPEARANCES:

3         MODICA LAW FIRM

4         By:  STEVEN V. MODICA, Esq.

5         2430 Ridgeway Avenue

6         Rochester, New York  14626

7         Attorneys for plaintiff.

8

9

10        ERIE COUNTY DEPARTMENT OF LAW

11        By:  ERIN MOLISANI, Esq.

12        95 Franklin Street, Suite 1634

13        Buffalo, New York  14202

14        Attorneys for defendants.

15

16

17

18

19

20

21

22

23

24

25

3

2                        INDEX

3    Justin Biegaj

4         Examination by Mr. Modica              4 - 34

5

6

7    Reporter Certificate                           35

8    Witness Certificate                            36

9    Errata Sheet                                   37

10

11

12    (No exhibits marked.)

13

14

15

16

17

18

19

20

21

22

23

24

25

COMPUTER REPORTING SERVICE
(585) 325-3170

4

1              J. Biegaj - Examination by Mr. Modica

2                       JUSTIN BIEGAJ

3        called herein as a witness, being duly sworn,

4                    testified as follows:

5    EXAMINATION BY MR. MODICA:

6        Q.     Good morning, Sergeant.  My name is Steve

7    Modica.  I'm pro bono counsel for Mark Thomas Dublino.

8        I'm going to ask you a series of questions.  I'd

9    ask you to answer them to the best of your ability.

10       If you don't understand the question, feel free to

11   ask me to rephrase it.

12       Given that we're using Zoom it's particularly

13   important that we not talk over each other to make Mr.

14   DiMartino's job as easy as we can.

15       So I will certainly wait until you're done

16   answering my question and I hope you're able to wait

17   until I'm done asking my question.

18       Is that fair enough?

19       A.     Fair enough.

20       Q.     Are you currently employed by the Jail

21   Management Division of the Erie County Sheriff's

22   Department?

23       A.     Yes.

24       Q.     How long have you been employed by them?

25       A.     Approximately thirteen and a half years.

5

1              J. Biegaj - Examination by Mr. Modica

2       Q.    And your current rank is as a sergeant,

3    correct?

4       A.    Yes.

5       Q.    And were you a sergeant during 2018?

6       A.    Yes.

7       Q.    And where were you performing your work as a

8    sergeant in 2018?

9       A.    I'm sorry.  I didn't prepare much for this

10   question.  I don't remember my exact assignment, but I

11   was a supervisor at the holding center at that time.

12      Q.    And that's the Erie County Holding Center,

13   correct?

14      A.    Correct.

15      Q.    And were you working on the morning of March

16   9th, 2018?

17      A.    Yes.

18      Q.    And I know it's some time ago, but if you

19   recall, what were your duties that day?

20      A.    To supervise deputies in my area, the floors,

21   just day to day operations, handle any unusual

22   incidents.

23      Q.    Do you recall, did you have any interactions

24   positive or negative with inmate Dublino before March

25   9th of 2018?

6

```
1              J. Biegaj - Examination by Mr. Modica
2        A.    I'm sorry?
3        Q.    Did you have any --
4        A.    I'm sorry.  Can you repeat that?
5        Q.    Sure.  Did you have any interactions with
6    inmate Dublino positive or negative before March 9th of
7    2018?
8        A.    No irregular interactions I should say, but I
9    have dealt with him and we have -- our relationship I
10   guess from the jail point of view was fine.
11       Q.    And, of course, you did interact with inmate
12   Dublino on March 9th of 2018, correct?
13       A.    Yes.
14       Q.    Now, there's a video of at least part of your
15   interaction with him on that day.  Have you seen that
16   video before?
17       A.    Yes, I have.
18       Q.    So I've got that here and it's been marked as
19   Deposition Exhibit A, and as you may recall it's only
20   about three minutes long.
21       So what I would like to do is show you that video
22   and I may stop and ask you a series of questions while
23   we're going through the video.
24       Is that acceptable to you?
25       A.    Yes.
```

COMPUTER REPORTING SERVICE
(585) 325-3170

7

1          J. Biegaj - Examination by Mr. Modica

2      Q.    For the record, I have pulled up Deposition

3   Exhibit A which is the video that we referred to there.

4      For purposes of the record it consists of four

5   boxes.   The top left box is labeled Alpha Hallway.

6      Do you see that, Sergeant?

7      A.    Yes.

8      Q.    And the box below it on the left-hand side is

9   labeled Attorney Visit Sally Port.  Do you see that?

10     A.    Yes.

11     Q.    And then on the right upper right side of the

12  screen is a box labeled Attorney Visit A.

13     Do you see that?

14     A.    Yes.

15     Q.    And then below that on the bottom right is a

16  box entitled Attorney Visit B.

17     Do you see that?

18     A.    Yes.

19     Q.    And you'll also notice there's a date stamp

20  on the video in each box.  Suffice it to say it shows

21  March 9th of 2018 beginning around 10:22 a.m.

22     A.    Yes.

23     Q.    So I'm going to start playing the video.  If

24  at any point you want me to stop it, please let me

25  know, and again, I may stop it -- I certainly am going

8

1          J. Biegaj - Examination by Mr. Modica

2     to want to stop it when you first come into view.

3          A.    Okay.

4          Q.    Thank you.

5     (Deposition Exhibit A played.)

6          Q.    Okay.  I've paused the upper left box

7     entitled Alpha Hallway at 10:22 and 43.935 seconds in

8     the a.m.

9          Do you see yourself depicted in that frame?

10         A.    Yes.

11         Q.    Okay.  Where are you?

12         A.    I'm the one closest.

13         Q.    So in the middle of the screen?  Right now

14    I'm circling it.

15         A.    Yes.

16         Q.    Okay.  Do you recall how is it that you came

17    to be in the alpha hallway on that date at that time?

18         A.    I was in the supervisor's office on the

19    ground floor and I was the lucky one to get on the

20    elevator first and that's how I got off the floor

21    first.

22         Q.    And were you in the supervisor's office when

23    you got the 10-99 call?

24         A.    Yes, I was.

25         Q.    We'll talk about that in a bit.  I'm going to

1          J. Biegaj - Examination by Mr. Modica

2    resume the video.

3    (Deposition Exhibit A played.)

4        Q.    I paused it again.  Is it fair to say you

5    came through the alpha hallway through the attorney

6    visit sally port and I paused it in the box where

7    you're depicted in Attorney Visit A at 10:22 and 48.649

8    seconds in the a.m.; is that correct?

9        A.    Correct.

10       Q.    And again, you're the first one in the middle

11   of the paused screen?

12       A.    Yes.

13       Q.    And again, best of your recollection where

14   are you headed?

15       A.    Towards inmate Dublino.

16       Q.    And if you look at the screen below in the

17   bottom right, Attorney Visit B, can you tell me what

18   you see there?

19       A.    I see Deputy Thompson.

20       Q.    And does he appear to be standing or does he

21   appear to be kneeling?

22       A.    He appears to be kneeling.

23       Q.    Do you know why he's kneeling at that point?

24       A.    I believe he's attempting to gain control of

25   inmate Dublino's hands.

1         J. Biegaj - Examination by Mr. Modica

2     Q.     All right.  I'm going to continue the video.

3  (Deposition Exhibit A played.)

4     Q.     I'll pause it begin.  If you look at the

5  Attorney Visit B box at 10:22 and 51.766 seconds a.m.,

6  is it fair to say you went from a standing position to

7  either a kneeling or below standing position?

8     A.     Yes.

9     Q.     And why did you do that?

10     A.     I was attempting to gain control of

11  Dublino's I believe left hand or arm at that point, and

12  that's where I -- I struck my knee on the ground and

13  I -- eventually you'll see me take myself out of the

14  equation.

15     Q.     And when you first arrived and you went down

16  did you notice what position inmate Dublino was on the

17  floor?

18     A.     I believe he was on his belly.

19     Q.     So it would be face down, correct?

20     A.     Correct.

21     Q.     And did you notice whether he was resisting

22  any commands from Deputy Thompson?

23     A.     I don't recall.

24     Q.     I'm going to restart the video again.

25  (Deposition Exhibit A played.)

COMPUTER REPORTING SERVICE
(585) 325-3170

11

1          J. Biegaj - Examination by Mr. Modica

2     Q.     Stop me when you feel like you jump out of

3   the equation.   Okay?

4     A.     Right at this point.

5     Q.     So which frame are you looking at, Sergeant?

6     A.     Lower right.

7     Q.     That's Attorney Visit B?

8     A.     Correct.

9     Q.     Can you tell me where are you depicted in

10   that frame?

11     A.     I'm standing leaning over a group of deputies

12   and inmate Dublino.

13     Q.     Is that you right there that I'm circling?

14     A.     Yes.

15     Q.     So for purposes of the record, we've paused

16   the Attorney Visit B box frame at 10:22 and 59.874

17   seconds in the a.m. and the witness indicated that he

18   is essentially in the right center of the photo leaning

19   down or leaning over a bit.

20     Is that correct?

21     A.     Yes.

22     Q.     I'll start the video again.

23   (Deposition Exhibit A played.)

24     Q.     I've paused the video again.   Specifically

25   I'd like you to focus on the Attorney Visit B box.   I

1          J. Biegaj - Examination by Mr. Modica

2    paused it at 10:23 and 13.78 seconds in the a.m.

3        Are you in the back of that frame in the center

4    leaning a bit?

5        A.      Yes.

6        Q.      Do you recall what you were doing at that

7    point?

8        A.      Probably wincing in pain.

9        Q.      And that's pain that you suffered when you

10   struck your knee on the ground?

11       A.      Correct.

12       Q.      And which knee did you strike on the ground?

13       A.      My right knee.

14       Q.      I'm going to start the video again.

15   (Deposition Exhibit A played.)

16       Q.      I've paused the video again.  If you could

17   focus on the box Attorney Visit B, I paused it at

18   10:23:27.907 seconds in the a.m.

19       Is it fair to say that in this still frame you are

20   the furthest away with your back to the camera?

21       A.      Yes.

22       Q.      And do you recall what you were doing at that

23   point?

24       A.      Trying to shake off my banged up knee.

25       Q.      I'm going to resume the video.

13

1          J. Biegaj - Examination by Mr. Modica

2     (Deposition Exhibit A played.)

3          Q.     I'll note for the record that you walked back

4     toward where the rest of the group was and you appear

5     to be limping in some pain.

6          Is that a fair statement?

7          A.     Yes.

8          Q.     I'm going to resume the video.

9     (Deposition Exhibit A played.)

10          Q.     I've paused the video again.  If you could

11     look at the box Attorney Visit B, I paused it at 10:24

12     and 12.651 seconds in the a.m.

13          Is it fair to say that that is a group of five

14     members of law enforcement with you being essentially

15     the third one in the center of the photo?

16          A.     Yes.

17          Q.     And do you recall what you were doing at that

18     point?

19          A.     Just getting a look at Attorney Terranova.

20          Q.     What if anything do you remember about the

21     condition of Attorney Terranova when you looked in the

22     room?

23          A.     It was obvious he was in pretty rough shape.

24          Q.     What --

25          A.     He was bleeding from his face, both sides of

1          J. Biegaj - Examination by Mr. Modica

2     his face near his eyes, and that's about all I recall.

3          Q.     I'm going to resume the video.

4     (Deposition Exhibit A played.)

5          Q.     I've paused the video again.  I'd like you to

6     focus on the box labeled Attorney Visit Sally Port.   I

7     paused it at 10:24 and 39.245 seconds in the a.m.

8          In this still are you the last person -- the person

9     furthest right, is that you?

10         A.     Yes.

11         Q.     And again, your recollection -- is it fair to

12    say that you went from the hallway outside the attorney

13    conference room into the attorney visit sally port?

14         A.     Yes.

15         Q.     Do you recall why you did that, where you

16    were going?

17         A.     We were heading up to our infirmary on our

18    delta level just to have inmate Dublino evaluated.

19         Q.     And is that standard practice in any physical

20    altercation involving an inmate?

21         A.     Yes.

22         Q.     I'm going to resume the video.

23    (Deposition Exhibit A played.)

24         Q.     If you could look at the Alpha Hallway box,

25    I've paused it at 10:24 and 53.469 seconds in the a.m.

15

1          J. Biegaj - Examination by Mr. Modica

2     It appears that several people have a moment or two

3 ago had gotten on an elevator.  Is that your

4 recollection of what happened?

5     A.     Yes.

6     Q.     I can't quite see you in this still, but are

7 you still in the photo or are you on the elevator?

8     A.     I believe I'm on the elevator at that point.

9     Q.     Do you recall, were you in the same elevator

10 as inmate Dublino was?

11    A.     I -- I don't recall.

12    Q.     I'll resume the video.

13 (Deposition Exhibit A played.)

14    Q.     Certainly stop me if at any point from now on

15 you see yourself.  I don't recall that you're seen in

16 any of this.

17    For purposes of the record, the video has

18 concluded.  Again, was I correct that once you appear

19 to exit on the elevator you were not seen at all after

20 that?

21    A.     That's correct.

22    Q.     Do you recall whether you had prepared a

23 memorandum about this incident?

24    A.     Yes, I did.

25    Q.     I want to show you what we have marked as

16

1          J. Biegaj - Examination by Mr. Modica

2    Deposition Exhibit L.  Can you tell us if you recognize

3    that document?

4          A.    Yes.

5          Q.    And what is that document?

6          A.    That's my statement as to what happened from

7    my perspective.

8          Q.    And why did you prepare Deposition Exhibit L?

9          A.    That's part of our policy for unusual

10   incidents or critical incidents as this one was.

11         Q.    And do you recall when you prepared

12   Deposition Exhibit L?

13         A.    I don't recall.  Shortly thereafter, maybe an

14   hour or two.

15         Q.    And it's dated March 9th of 2018.  Do you

16   believe that's the day that you actually prepared it?

17         A.    Yes.

18         Q.    Let's look at some of the language that you

19   used here.

20         In the second sentence it says, "Upon my arrival I

21   witnessed inmate Dublino, Mark" - with his ICN number -

22   "lying face down on the floor."

23         Is that consistent with what you recall as far as

24   him being laying face down?

25         A.    Yes.

17

1        J. Biegaj - Examination by Mr. Modica

2        Q.    And then the next sentence says, "I ordered

3   inmate Dublino to place his hands behind his back."

4        Did I read that correctly?

5        A.    Correct.

6        Q.    Do you recall whether he resisted or complied

7   with that instruction from you?

8        A.    He -- I don't believe he was complying.  I

9   believe with the -- with the actions that were taking

10  place it was just everything was happening very

11  quickly.

12       Q.    Okay.  The next sentence reads, "I then

13  attempted to secure inmate Dublino's upper body with my

14  left forearm and gain control of Dublino's left arm

15  with my right hand."

16       Did I read that correctly?

17       A.    Yes.

18       Q.    Do you recall what Deputy Thompson was doing

19  while you were engaged in that action?

20       A.    I know he was -- he had to keep his K-9

21  secure and I know he was trying to do that too as well

22  as trying to help with securing inmate Dublino, but as

23  far as what he was doing with his hands I don't know.

24       Q.    The next sentence reads, "While doing so my

25  right knee struck the floor causing sharp pain."

18

             J. Biegaj - Examination by Mr. Modica

1              J. Biegaj - Examination by Mr. Modica

2     The next sentence reads, "At this time Deputy

3 Gelster took over my position and applied handcuffs."

4     Did I read those two sentences correctly?

5     A.    Yes.

6     Q.    And is that an accurate reflection of what

7 happened at that point?

8     A.    Yes.

9     Q.    Did you also prepare a use of force report?

10     A.    I did.

11     Q.    I want to show you what we've marked as

12 Deposition Exhibit M.  Do you recognize that document?

13     A.    Yes.

14     Q.    What is it?

15     A.    It's our county use of force report.

16     Q.    And did you also prepare this on March 9th of

17 2018?

18     A.    Yes, I did.

19     Q.    As far as you know is the information in that

20 report accurate?

21     A.    Yes.

22     Q.    Did you also prepare an accident report for

23 the injury you suffered to your knee?

24     A.    Yes.

25     Q.    I want to show you what we've marked as

19

1        J. Biegaj - Examination by Mr. Modica

2  Deposition Exhibit N.  Do you recognize that?

3    A.    Yes.

4    Q.    What is that?

5    A.    It's just a standard employee accident

6  report.

7    Q.    And is it correct that the report indicates

8  you suffered an injury to your right knee?

9    A.    Yes.

10    Q.    And again, that injury to your right knee was

11  sustained during the attempt to subdue inmate Dublino?

12    A.    Correct.

13    Q.    What is a 10-99?

14    A.    A 10-99 is an officer in trouble call.

15    Q.    And I believe you mentioned earlier you were

16  in the supervisor's office when you got that 10-99

17  call.

18    Is that your recollection?

19    A.    Yes.

20    Q.    And you went directly to the attorney

21  conference room area after you got the call?

22    A.    Yes.

23    Q.    Now, inmate Dublino made some allegations of

24  what he claims occurred outside the view of the camera.

25  If you recall, earlier there are certain times that the

J. Biegaj - Examination by Mr. Modica

camera does not show events that occurred below the
height of the camera.

Is it fair to say that the camera doesn't show
everything that happened in that hallway that day?

A.   Yes.

Q.   And specifically he alleges that you stomped
and stepped on him while he was on the ground targeting
his head and his back.

Did you do that?

A.   No.

Q.   Other than what you described as far as
trying to secure his arm and then you striking your
knee, did you have physical contact with any other
parts of inmate Dublino's body?

A.   No.

Q.   And you saw on the video and probably recall
that there was a response team of folks that arrived;
is that fair?

A.   Yes.

Q.   And from the time that you arrived until the
time that Dublino was subdued did you hear Mr.
Terranova say anything?

A.   I don't recall.

Q.   There was an allegation that Mr. Terranova

21

1          J. Biegaj - Examination by Mr. Modica

2   was encouraging either you or some of your colleagues

3   to kick Dublino's ass.

4       Do you recall anything like that?

5       A.    No.

6       Q.    From the time that you arrived until the time

7   that Dublino was subdued, do you recall Dublino saying

8   anything?

9       A.    I don't recall.

10      Q.    You mentioned earlier that after the

11  altercation Dublino was removed and brought to the

12  infirmary.

13      Is that standard practice in a circumstance like

14  this?

15      A.    Yes.

16      Q.    The video certainly showed him going through

17  the alpha hallway and getting on the elevator.

18      What happened after he got on the elevator; how did

19  he get to the infirmary from there?

20      A.    Take the elevator to our delta level which is

21  our third floor, exit to your left and then make a

22  quick right through a hallway and you'll wind up in the

23  infirmary.

24      Q.    To your knowledge are there cameras in that

25  area once you exit the elevator on the delta level

22

1              J. Biegaj - Examination by Mr. Modica

2     third floor?

3         A.    Yes.

4         Q.    As part of this litigation I believe that

5     there was either not footage available from inmate

6     Dublino or it wasn't secured.

7         What do you know about that?

8         A.    I don't know.

9         Q.    Did you go to the infirmary with the members

10    of the response team?

11        A.    I did.

12        Q.    And for what purpose did you do that?

13        A.    Just to be an additional supervisor

14    witnessing everything and then I --

15        Q.    Do you recall -- I'm sorry.

16        A.    No.  Go ahead.  Ask your question.

17        Q.    Do you recall who accompanied inmate Dublino

18    to the infirmary?

19        A.    I do not.

20        Q.    I'll represent to you that there was

21    testimony earlier in the case that it was Deputy

22    Gelster and Deputy Giardina who brought Dublino to the

23    infirmary.

24        A.    Okay.  Fair enough.

25        Q.    Is that possible at least?

1           J. Biegaj - Examination by Mr. Modica

2      A.    Yes, because as I witnessed on the video they

3    were the escorts escorting him to the elevator.

4      Q.    Did you also at some point take photographs

5    of inmate Dublino's physical condition after the

6    altercation?

7      A.    Yes.

8      Q.    And how did that come to be?

9      A.    That's, again, standard practice for any

10   physical altercation.

11     Q.    Did someone ask you to do that or was that

12   something that you were expected to do as part of your

13   responsibilities?

14     A.    That's just something that I thought I would

15   do to speed things up a little bit.

16     Q.    We do have a series of photos.  I'm going to

17   show those to you.

18     I am going to show you what we have marked as

19   Deposition Exhibit D.  Are you able to see that photo?

20     A.    Yes.

21     Q.    Can you tell me what that photo depicts?

22     A.    That's a front view of inmate Dublino.

23     Q.    Is it fair to say that Deputy Gelster is on

24   the left of the photo, inmate Dublino's right?

25     A.    Yes.

24

1          J. Biegaj - Examination by Mr. Modica

2      Q.    And is it also fair to say that Deputy

3   Giardina is on the right side of the photo, inmate

4   Dublino's left?

5      A.    Yes.

6      Q.    Is it your recollection that you took this

7   photograph?

8      A.    Yes.

9      Q.    At any point while you were taking this photo

10   and some others I'll show you did you ask Dublino

11   whether he was injured?

12      A.    I don't recall.

13      Q.    Do you recall whether he said anything to you

14   or the other deputies while you were taking the photos?

15      A.    No.

16      Q.    Do you recall whether Dublino made any noises

17   like a groan, anything like that?

18      A.    No.

19      Q.    Did you observe any injuries to inmate

20   Dublino while you were taking these photos?

21      A.    Just to his hands I believe.

22      Q.    I'll show you a photo on that.  This is again

23   Deposition Exhibit D.  I'm going to show you another

24   one now.

25      I'm showing you what has been marked as Deposition

COMPUTER REPORTING SERVICE
(585) 325-3170

25

```
 1          J. Biegaj - Examination by Mr. Modica
 2   Exhibit E.  Do you see that photo in front of you?
 3       A.    Yes.
 4       Q.    Can you tell me what that depicts?
 5       A.    That's a profile view of Dublino's left side.
 6       Q.    Again, is that a photo that you took?
 7       A.    Yes.
 8       Q.    And is it also accurate like in the previous
 9   photo that Deputy Gelster is depicted in part on the
10   left side of the photo, the right side of inmate
11   Dublino?
12       A.    Yes.
13       Q.    And is it also correct that Deputy Giardina
14   is depicted on the right side of the photo, the left
15   side of inmate Dublino?
16       A.    Yes.
17       Q.    Just for some context, what room is this
18   photo being taken in?
19       A.    I'd be wrong if I guessed, but I believe it's
20   exam room 1 maybe.
21       Q.    But that's part of the infirmary, correct?
22       A.    Yes, it is.
23       Q.    And again, I recognize that the picture isn't
24   broad enough to tell you so I appreciate at least the
25   effort.
```

1    J. Biegaj - Examination by Mr. Modica

2  Is it fair to say in Deposition Exhibit E inmate

3 Dublino has his eyes closed?

4  A. Yes.

5  Q. Is that an indication or did he say why he

6 closed his eyes at that point?

7  A. No.

8  Q. I want to show you what we've marked as

9 Deposition Exhibit F.  Can you tell what that shows?

10  A. That's a profile of inmate Dublino's right

11 side.

12  Q. And again, that's a photo you took, correct?

13  A. Yes.

14  Q. Fair to say the positioning of Deputies

15 Gelster and Giardina are the same as described in the

16 earlier photos?

17  A. Yes.

18  Q. And had you taken photos of inmates involved

19 in altercations before March 9th of 2018?

20  A. Yes.

21  Q. And the practice of photographing them

22 straight on and then at least each profile, is that

23 something that you typically do or is that unusual in

24 this situation?

25  A. No.  That's something we typically do.

27

```
 1              J. Biegaj - Examination by Mr. Modica
 2         Q.    The last photo I want to show you is what
 3    we've marked as Deposition Exhibit G.  Can you tell
 4    what that photo depicts?
 5         A.    It's a picture of inmate Dublino's left and
 6    right hand.
 7         Q.    And again, is that a picture that you took?
 8         A.    Yes.
 9         Q.    And how do you know that that's inmate
10    Dublino?
11         A.    Well, we were lucky enough to have his wrist
12    band showing.
13         Q.    And do you recall taking a picture of his
14    hands?
15         A.    Yes.
16         Q.    And why did you decide to take a picture of
17    his hands?
18         A.    To depict the injuries that were -- that were
19    on his hands.
20         Q.    And can you describe for me what you would
21    say are the injuries shown in this photo?
22         A.    It looks like he's got an injury to his
23    middle knuckle on the -- on his right hand.
24         Q.    Okay.  His right hand being the left side of
25    the photo, correct?
```

28

1          J. Biegaj - Examination by Mr. Modica

2     A.     Correct.

3     On his left hand on the right side of the photo it

4     looks like he has some injuries to his first two

5     knuckles.

6     Q.     And again, to your recollection did he say,

7     "I hurt my hand in the altercation" or is that

8     something you observed or is there some other reason

9     you took a picture of his hands?

10    A.     No.

11    Q.     The photo Deposition Exhibit G shows a

12    bandage on the middle finger of inmate Dublino's right

13    hand.

14    Do you know whether that Band Aid was on his finger

15    before or after the altercation?

16    A.     It had to have been on before.

17    Q.     And why do you say that?

18    A.     At no point before I took the pictures was

19    inmate Dublino treated for anything.

20    Q.     I'll direct your attention to the area of the

21    wrist of inmate Dublino's right hand which is the left

22    side of the photo.

23    Tell me, does that indicate any injury to his right

24    wrist?

25    A.     It's possible.

1          J. Biegaj - Examination by Mr. Modica

2     Q.    Did he to your recollection complain of any

3 injury to his wrist?

4     A.    No.

5     Q.    Fair to say in Deposition Exhibit G there are

6 no handcuffs shown?

7     A.    That's fair to say.

8     Q.    Do you recall whether in the other three

9 photos you took - Exhibits D, E and F - whether inmate

10 Dublino was handcuffed when those photos were taken?

11    A.    I believe he was handcuffed.

12    Q.    Did you witness the removal of the handcuffs

13 so that the photo in Exhibit G could be taken?

14    A.    I don't recall.

15    Q.    Do you recall how inmate Dublino was

16 handcuffed?  Meaning was he -- were his hands in front

17 of his body or behind his body?

18    A.    His hands were behind his back when he was

19 originally cuffed.

20    Q.    Do you recall having him handcuffed with his

21 hands behind his back whether his palms were facing

22 away from the center of his body or toward the center

23 of his body?

24    A.    I don't recall.

25    Q.    Is there a standard way that deputies are

J. Biegaj - Examination by Mr. Modica

ordinarily expected to handcuff inmates?

A.     Palms away.

Q.     When you say "palms away," again, from the center of the body, palms away from the center of the body?

A.     Correct.

Q.     Again, you can't really recall how he was handcuffed that particular day?

A.     I do not recall.

Q.     There are a number of other folks who like yourself were sued in this case.  I just want to ask you about what if anything you know about their actions on March 9th of 2018.

Let's start with Deputy Thompson.  I think you indicated earlier that you believe he was accompanied by his K-9 when he interacted with inmate Dublino on March 9th of 2018.

Is that correct?

A.     Yes.

Q.     And did you actually see the K-9 at that time?

A.     Yes.

Q.     If you recall how did the K-9 react during this altercation?

31

1          J. Biegaj - Examination by Mr. Modica

2     A.     I don't recall.

3     Q.     Do you recall the name of the K-9?

4     A.     I believe it was Billi.

5     Q.     And I know you don't -- you indicated you

6     don't recall how the dog reacted, but I want to ask you

7     some specific things about whether the dog did or

8     didn't do certain things.

9          Let's start with did you see Billi bite Dublino?

10    A.     No.

11    Q.     Did you see Billi scratch Dublino?

12    A.     No.

13    Q.     Did you see Billi having any physical contact

14    with Dublino at all?

15    A.     No.

16    Q.     Did you see Deputy Thompson lose control of

17    Billi during the altercation?

18    A.     No.

19    Q.     Did you see Deputy Thompson holding a leash

20    with Billi on it during the altercation?

21    A.     Yes.

22    Q.     And at any point did Deputy Thompson lose

23    control over Billi?

24    A.     No.

25    Q.     Had you had the opportunity to observe Billi

J. Biegaj - Examination by Mr. Modica

before March 9th of 2018?

A.    Yes.

Q.    What can you tell me if anything about the dog's demeanor?

A.    Quite honestly, if Deputy Thompson would have let him, Billi probably would have licked inmate Dublino.  So that goes to show you about his demeanor.

He was -- he was more of a family dog.

Q.    And what were Billi's responsibilities at the jail?

A.    He was a really good drug detection dog.  So those were his main responsibilities.

Q.    I want to ask you about Sergeant Dee and Deputy Wilson.

My client alleges that Sergeant Dee and Deputy Wilson grabbed his arms and hands and bent and twisted them in an abnormal position with extreme pressure.

Did you see anything like that on March 9th of 2018?

A.    No.

Q.    I want to ask you about Sergeant Cross.  My client alleges that Cross stood directly over him and began stomping on his legs, ankles and feet while he was on the floor.

33

1              J. Biegaj - Examination by Mr. Modica

2          Did you see any physical contact between Sergeant

3     Cross and inmate Dublino?

4          A.    No.

5          Q.    I'm going to ask you a little bit about

6     Deputies Gelster, Giardina and Sergeant Jack Robinson.

7          My client alleged that after he was picked up off

8     the ground and escorted to the infirmary that while

9     outside the vision of the cameras that Robinson ordered

10    Gelster and Giardina to wrench his arms.

11         First of all, I believe your testimony was that you

12    didn't accompany them to the infirmary, but went later;

13    is that correct?

14         A.    I may have been on the same elevator, but at

15    that time I was busy and -- and I don't recall seeing

16    anything like that.

17         Q.    Do you recall whether once you got off the

18    elevator did you go directly to the infirmary or did

19    you do something before you took the photos?

20         A.    I went directly to the infirmary before I

21    took the photos.

22         Q.    So it's fair to say though at no point did

23    you observe Deputies Gelster, Giardina or Robinson be

24    directed or wrenching the arms of inmate Dublino at any

25    point?

1          J. Biegaj - Examination by Mr. Modica

2     A.    No.

3          MR. MODICA:  Okay.  That's all I have.  I

4     appreciate your cooperation.

5          THE WITNESS:  You're welcome.

6          MS. MOLISANI:  We're all set.  Thank you so

7     much for coming in.

8

9

10

11                    *            *            *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

35

1        J. Biegaj - Examination by Mr. Modica

2              REPORTER CERTIFICATE

3

4        I, John M. DiMartino, CSR, RPR, do hereby certify

5   that I did report in stenotype machine shorthand the

6   proceedings held in the above-entitled matter;

7        Further, that the foregoing transcript is a true

8   and accurate transcription of my said stenographic

9   notes taken at the time and place hereinbefore set

10  forth.

11

12  Dated 7/12/2021

13  At Rochester, New York

14

15                    s/John M. DiMartino, CSR, RPR

16          _____

17          John M. DiMartino, CSR, RPR

18

19

20

21

22

23

24

25

1            J. Biegaj - Examination by Mr. Modica

2                    WITNESS CERTIFICATE            **ORIGINAL**

3

4    STATE OF                )

5    COUNTY OF               )

6

7        I, Justin Biegaj, do hereby certify that I have

8    read the transcript of my testimony as taken under oath

9    on Thursday, July 8, 2021, and that said transcript is

10   a true, complete and correct record of what was asked,

11   answered and said during said deposition, and that the

12   answers on record therein, and as may be modified in

13   conformity with the attached errata sheet, are true and

14   correct.

15

16

17

18                                    _____

19

20

21   Subscribed and sworn to before me

22   this _____ day of _____, 2021

23   Notary Public

24

25

37

```
 1          J. Biegaj - Examination by Mr. Modica
 2    In the Matter of:
      MARK T. DUBLINO                    ORIGINAL
 3         Plaintiff
           -vs-
 4    SGT. JUSTIN BIEGAJ, SGT. ROBERT DEE,
      DEPUTY BRIAN THOMPSON, DEPUTY FRANK
 5    GELSTER, SGT. MR. CROSS, SGT. MR. ROBINSON,
      DEPUTY MR. P. GIARDINA, DEPUTY SHAWN WILSON
 6         Defendants
              Civil Action No. 6:19-cv-6269-DGL
 7
 8    Errata sheet for the deposition of Justin Biegaj taken
 9    on Thursday, July 8, 2021
10    PAGE          LINE              REASON FOR CHANGE
11    _____         _____             _____
12    _____         _____             _____
13    _____         _____             _____
14    _____         _____             _____
15    _____         _____             _____
16    _____         _____             _____
17    _____         _____             _____
18    _____         _____             _____
19    _____         _____             _____
20    _____         _____             _____
21    _____         _____             _____
22    _____         _____             _____
23    _____         _____             _____
24    _____         _____             _____
25
```

COMPUTER REPORTING SERVICE
(585) 325-3170