# EXHIBIT L

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARK T. DUBLINO,

                *Plaintiff,*

v.

**Case # 19-CV-6269-DGL**

SGT. JUSTIN BIEGAJ, SGT. ROBERT DEE,
DEPUTY BRIAN THOMPSON, DEPUTY FRANK
GELSTER, SGT. MR. CROSS, SGT. MR. ROBINSON,
DEPUTY MR. P. GIARDINA, DEPUTY SHAWN WILSON,

                *Defendants.*

---

## PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST TO ADMIT

Plaintiff, by and through his *pro bono* counsel Modica Law Firm, hereby responds to Defendants' Request to Admit made pursuant to Federal Rule of Civil Procedure 36 as described below. Please also see the enclosed sworn statement prepared by Plaintiff.

**Request 1.**   *The genuineness of the document attached as Exhibit A, entitled New York State Commission of Correction Inmate Grievance Form.*

                **RESPONSE:** ADMIT.

**Request 2a.**   *Exhibit A is a grievance written by plaintiff Mark Dublino.*

                **RESPONSE:** ADMIT; however, Plaintiff clarifies that Exhibit A is the second part of a formal grievance that he started before March 9, 2018. He submitted an informal form first.

**Request 2b.**   *Exhibit A was submitted to Erie County Holding Center staff on March 11, 2018 at 3:00 p.m.*

                **RESPONSE:** ADMIT.

**Request 2c.**   *Exhibit A concerns issues with mail and postage.*

                **RESPONSE:** ADMIT.

1

**Request 2d.**   *Exhibit A was sent from Gulf East, cell 33.*

   **RESPONSE:** ADMIT.

**Request 2e.**   *Gulf East, cell 33 was plaintiff Mark Dublino's cell as of March 11, 2018.*

   **RESPONSE:** ADMIT.

**Request 2f.**   *As of March 11, 2018, the grievance process was available to plaintiff Mark Dublino.*

   **RESPONSE:** ADMIT; however, Plaintiff maintains that the grievance process was available for the issue grieved in Exhibit A only and NOT for the alleged incident that occurred on March 9, 2018.

**Request 2g.**   *Plaintiff Mark Dublino did not submit any other grievances to Erie County Holding Center staff after March 9, 2018.*

   **RESPONSE:** ADMIT; however, Plaintiff clarifies that this is because Erie County Holding Center staff would not give him a grievance form, pen, or paper.

Dated:  August 17, 2021

**MODICA LAW FIRM**
*Pro Bono Attorneys for Plaintiff*

*s/Steven V. Modica, Esq.*
Steven V. Modica, Esq.
2430 Ridgeway Avenue
Rochester, New York 14626
Tel.: (585) 368-1111
Steve@ModicaLawFirm.com

TO:   Erin E. Molisani, Esq.
   Assistant Erie County Attorney
   Attorney for Defendants
   95 Franklin Street, Room 1634
   Buffalo, New York 14202
   Tel.: (716) 858-2216
   Erin.Molisani@erie.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARK DUBLINO;      PLAINTIFF

v.

SERGEANT JUSTIN BIEGAJ; ET. AL

DEFENDANTS

PLAINTIFF RESPONSES TO
REQUEST TO ADMIT PURSUANT
FRCP 36

CASE # 19-cv-6269DGL

---

STATE OF NEW YORK ) ss:
COUNTY OF ERIE )

I MARK DUBLINO BEING DULY SWORN; DEPOSES AND SAYS:

REQUEST 1. CORRECT ABOUT THE GENUINENESS OF THE DOCUMENT AS EXIBIT A

REQUEST 2a EXIBIT A IS THE SECOND PART OF THE NORMAL GRIEVANCE THAT WAS STARTED BEFORE MARCH 9th 2018. THE INFORMAL FORM WAS SUBMITTED FIRST

REQUEST 2b. IS CORRECT

REQUEST 2c. IS CORRECT

REQUEST 2d. IS CORRECT

REQUEST 2e. IS CORRECT

REQUEST 2f WAS AVAILABLE FOR THE ISSUE GRIEVED IN THE EXIBIT A; ONLY. NOT FOR THE ALLEGED INCIDENT ON MARCH 9th 2018

REQUEST 2g. IS CORRECT; BECAUSE THE ERIE COUNTY HOLDING CENTER STAFF OFFICERS WOULD NOT PROVIDE ANY GRIEVANCE FORM OR PEN OR PAPER

UNDER 28 USCA § 1746 : I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

AUGUST 7th 2021

SIGNATURE                          DATE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARK DUBLINO,

                Plaintiff,          **CERTIFICATE OF SERVICE**

v.                                            Case # 19-CV-6269-DGL

SGT. JUSTIN BIEGAJ, et al.,

                Defendants.

---

I hereby certify that on August 17, 2021, I mailed Plaintiff's Response to Defendants' Request to Admit by United States Postal Service to:

Erin E. Molisani, Esq.
**Assistant Erie County Attorney**
*Attorney for Defendants*
95 Franklin Street, Room 1634
Buffalo, NY 14202

I also emailed a courtesy copy to her on that date.

                                               *s/ Steven V. Modica*
                                               STEVEN V. MODICA, ESQ.

                                               Modica Law Firm
                                               *Pro Bono Attorneys for Plaintiff*
                                               2430 Ridgeway Avenue
                                               Rochester, NY 14626
                                               (585) 368-1111
                                               Steve@ModicaLawFirm.com