## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, I electronically filed the foregoing Notice of Motion, Supporting Declaration with Exhibits A through L, Movants' Statement of Material Facts, and Certificate of Service with the clerk of the District Court using its CM/ECF system, which would then notify the following CM/ECF participant at the following address, which is his or her last known address:

>Steven V. Modica, Esq.
>**MODICA LAW FIRM**
>2430 Ridgeway Avenue
>Rochester, New York 14626
>Telephone: (585) 368-1111
>Email: steve@modicalawfirm.com

DATED: Buffalo, New York
October 8, 2021

**MICHAEL A. SIRAGUSA**
*Erie County Attorney*

By: */s/ Erin Molisani*
Erin E. Molisani, Esq.
Assistant County Attorney
95 Franklin Street, Room 1634
Buffalo, New York 14202
Telephone: (716) 858-2216
Email: erin.molisani@erie.gov