UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARK T. DUBLINO,

        Plaintiff,                            Case # 19-CV-6269-DGL-MJP

v.

SGT. JUSTIN BIEGAJ, et al.,

        Defendants.

## PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF MATERIAL FACTS

Pursuant to Federal and Local Rule of Civil Procedure 56, Plaintiff Mark T. Dublino submits this statement in response to Defendants' Statement of Undisputed Facts.

1. Dublino **ADMITS** the content of Defendants' Statement of Undisputed Facts ("SUF") ¶ 1.

2. Dublino **ADMITS** the content of Defendants' SUF ¶ 2.

3. Dublino **ADMITS** the content of Defendants' SUF ¶ 3.

4. Dublino **ADMITS** the content of Defendants' SUF ¶ 4.

5. Dublino **ADMITS** the content of Defendants' SUF ¶ 5.

6. Dublino **ADMITS** the content of Defendants' SUF ¶ 6.

7. Dublino **ADMITS** the content of Defendants' SUF ¶ 7.

8. Dublino **ADMITS** the content of Defendants' SUF ¶ 8.

9. Dublino **ADMITS** the content of Defendants' SUF ¶ 9.

10. Dublino **ADMITS** the content of Defendants' SUF ¶ 10.

11. Dublino **ADMITS** the content of Defendants' SUF ¶ 11.

12. Dublino **ADMITS** the content of Defendants' SUF ¶ 12.

13. Dublino **ADMITS** the content of Defendants' SUF ¶ 13.

14. Dublino **ADMITS** the content of Defendants' SUF ¶ 14.

15. Dublino **ADMITS** the content of Defendants' SUF ¶ 15.

16. Dublino **ADMITS** the content of Defendants' SUF ¶ 16.

17. Dublino **ADMITS** the content of Defendants' SUF ¶ 17.

18. Dublino **ADMITS** the content of Defendants' SUF ¶ 18.

19. Dublino **ADMITS** the content of Defendants' SUF ¶ 19.

20. Dublino **ADMITS** the content of Defendants' SUF ¶ 20.

21. Dublino **DISPUTES** the content of Defendants' SUF ¶ 21; he testified that the dog was *not* instructed to bite him (*see Defendants' Exhibit A at 29, lines 13-15*).[1]

22. Dublino **ADMITS** the content of Defendants' SUF ¶ 22.

23. Dublino **ADMITS** the content of Defendants' SUF ¶ 23.

24. Dublino **ADMITS** the content of Defendants' SUF ¶ 24.

25. Dublino **ADMITS** the content of Defendants' SUF ¶ 25.

26. Dublino **ADMITS** the content of Defendants' SUF ¶ 26.

27. Dublino **ADMITS** the content of Defendants' SUF ¶ 27.

28. Dublino **DISPUTES** the content of Defendants' SUF ¶ 28; Defendant Biegaj testified only that he did not *believe* Dublino complied with his instructions and that "everything was happening very quickly" (*see Defendant's Exhibit H at 17, lines 6-11*).

29. Dublino **DISPUTES** the content of Defendants' SUF ¶ 29; as Dublino testified, Sergeant Biegaj had his knees on Dublino's back and was jumping (*see Defendants' Exhibit A at 31, lines 6-23*).

---

[1] It appears that Defendants' ¶ 21 was merely a typo based on the deposition testimony cited.

30. Dublino **ADMITS** the content of Defendants' SUF ¶ 30.

31. Dublino **ADMITS** the content of Defendants' SUF ¶ 31.

32. Dublino **ADMITS** the content of Defendants' SUF ¶ 32.

33. Dublino **ADMITS** the content of Defendants' SUF ¶ 33.

34. Dublino **ADMITS** the content of Defendants' SUF ¶ 34.

35. Dublino **ADMITS** the content of Defendants' SUF ¶ 35.

36. Dublino **DISPUTES** the content of Defendants' SUF ¶ 36 and maintains that he complied with orders throughout his interactions with Defendants (*see Defendants' Exhibit A at 24, lines 17-23; 25, lines 1-2*).

37. Dublino **DISPUTES** the content of Defendants' SUF ¶ 37 and maintains that he complied with orders throughout his interactions with Defendants (*see Defendants' Exhibit A at 24, lines 17-23; 25, lines 1-2*).

38. Dublino **ADMITS** the content of Defendants' SUF ¶ 38.

39. Dublino **ADMITS** the content of Defendants' SUF ¶ 39.

40. Dublino **DISPUTES** the content of Defendants' SUF ¶ 40 and maintains that the handcuffs were removed and reapplied with his hands facing outward as described in ¶¶ 38-39. Defendants Gelster and Robinson testified only that they could not recall whether Dublino's handcuffs were adjusted (*see Defendants' Exhibit D at 26, lines 15-25 & at 27, lines 1-3; Exhibit E at 39, lines 4-7*).

41. Dublino **ADMITS** the content of Defendants' SUF ¶ 41.

42. Dublino **DISPUTES** the content of Defendants SUF ¶ 42 and maintains that Defendants Dee and Wilson grabbed his arms and hands and bent and twist them in an abnormal fashion (*see Defendants' Exhibit A at 34 (lines 22-23) thru 39*).

43. Dublino **ADMITS** the content of Defendants' SUF ¶ 43.

44. Dublino **DISPUTES** the content of Defendants SUF ¶ 44 and maintains that Sergeant Cross stomped on him as set forth in ¶ 43.

45. Dublino **DISPUTES** the content of Defendants SUF ¶ 45 and maintains that Sergeant Cross stomped on him as set forth in ¶ 43.

46. Dublino **ADMITS** the content of Defendants' SUF ¶ 46.

47. Dublino **ADMITS** the content of Defendants' SUF ¶ 47.

48. Dublino **ADMITS** the content of Defendants' SUF ¶ 48.

49. Dublino **ADMITS** the content of Defendants' SUF ¶ 49.

50. Dublino **DISPUTES** the content of Defendants' SUF ¶ 50 and maintains that Sergeant Robinson ordered Defendants Gelster and Giardina to "wrench him" as set forth in ¶ 46.

51. Dublino **DISPUTES** the content of SUF ¶ 51 and maintains that Defendants Gelster and Giardina wrenched his arms as set forth in ¶ 47.

52. Dublino **ADMITS** the content of Defendants' SUF ¶ 52.

53. Dublino **DISPUTES** the content of Defendants' SUF ¶ 53 and maintains that he complied with orders throughout his interactions with Defendants (*see Defendants' Exhibit A at 24, lines 17-23; 25, lines 1-2*).

54. Dublino **DISPUTES** the content of Defendants' SUF ¶ 54 and maintains that the dog bit his right hand while going after his leg, upper thigh, and buttocks (*see Defendants' Exhibit A at 25 lines 9-23; 26, lines 1-3*).

55. Dublino **ADMITS** the content of Defendants' SUF ¶ 55.

56. Dublino **ADMITS** that the report exists but maintains that he was not actually examined (*see Defendants' Exhibit A at 47, lines 17-20*).

57. Dublino **ADMITS** the content of Defendants' SUF ¶ 57.

58. Dublino **ADMITS** that the report exists but maintains that he was not actually examined (*see Defendants' Exhibit A at 50-53*).

59. Dublino **DISPUTES** the content of Defendants' SUF ¶ 59; as he clearly wrote at the top of the form, he was not refusing medical care and was denied the opportunity to go to the hospital (*ECF No. 32-6 at 25*).

60. Dublino **ADMITS** the content of Defendants' SUF ¶ 60.

61. Dublino **DISPUTES** the content of Defendants' SUF ¶ 61 and maintains that he was not offered x-rays (*see Defendants' Exhibit A at 47, line 8; 48, line 6; 55, line 22*).

62. Dublino **ADMITS** the content of Defendants' SUF ¶ 62.

63. Dublino **ADMITS** the content of Defendants' SUF ¶ 63.

64. Dublino **ADMITS** the content of Defendants' SUF ¶ 64.

65. Dublino **ADMITS** the content of Defendants' SUF ¶ 65.

66. Dublino **ADMITS** the content of Defendants' SUF ¶ 66.

67. Dublino **ADMITS** the content of Defendants' SUF ¶ 67.

68. Dublino **ADMITS** the content of Defendants' SUF ¶ 68.

Dated: December 15, 2021
       Rochester, New York

BY:   *s/ Steven V. Modica*
       STEVEN V. MODICA, ESQ.

       *Pro Bono Attorney for Plaintiff*
       Modica Law Firm
       2430 Ridgeway Avenue
       Rochester, NY 14626
       (585) 368-1111
       Steve@ModicaLawFirm.com