UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARK T. DUBLINO,

                Plaintiff,                 **CERTIFICATE OF SERVICE**

v.                                            **Case # 19-CV-6269-DGL-MJP**

SGT. JUSTIN BIEGAJ, et al.,

                Defendants.

      STEVEN V. MODICA, ESQ., attorney for Plaintiff MARK T. DUBLINO, hereby certifies that, on December 15, 2021, I electronically filed Mr. Dublino's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and Response to Defendants' Statement of Material Facts with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

    Erin E. Molisani, Esq.
    **ASSISTANT ERIE COUNTY ATTORNEY**
    *Attorney for Defendants*
    95 Franklin Street, Room 1634
    Buffalo, NY 14202

                                                  *s/ Steven V. Modica*
                                                  STEVEN V. MODICA, ESQ.