UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARK DUBLINO;

            PLAINTIFF

     v.                      NOTICE OF APPEAL

JUSTIN BIEGAJ; ET. AL.    6:19-cv_06269-DGL-MJP
                DEFENDANTS

---

NOTICE IS HEREBY GIVEN THAT MARK DUBLINO; THE PLAINTIFF IN THE DISTRICT COURT ACTION IN THE ABOVE-NAMED CASE; HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUT FROM ALL DECISIONS OF THIS COURT ENTERED ON JANUARY 22nd 2022.

DATED: JANUARY 25th 2022

                                         *[signature]*

                                         SIGNATURE

                                         MARK DUBLINO ; DIN. 18-B-0793

                                         APPEARING "PRO SE"

                                         WENDE CORRECTIONAL FACILITY

                                         3040 WENDE ROAD

                                         ALDEN; NEW YORK   14004

*[Stamp: UNITED STATES DISTRICT COURT FILED JAN 31 2022 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NEW YORK]*

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  )ss.:
COUNTY OF  ERIE   )

I, _____MARK DUBLINO_____, swear under the penalty of perjury that:

On the 25th day of JANUARY, 20 22, I placed and submitted a true and exact copy of the following documents:

1. NOTICE OF APPEAL FOR 6:19-cv-06269-DGL-MJP; DUBLINO v. BIEGAJ
2. MOTION FOR AN EXTENTION OF TIME TO FILE

3. NOTICE OF APPEAL FOR 6:19-cv-06354-DGL-MJP; DUBLINO v. WENDE CORRECTIONAL FACILITY
4. MOTION FOR AN EXTENTION OF TIME TO FILE.

in a properly sealed post-paid wrapper, and deposited same in an official depository, designated for outgoing mail at the Wende Correctional Facility, to be delivered by the United States Postal Service to the following parties:

UNITED STATES DISTRICT COURT
HON. DAVID LARIMER
2500 UNITED STATES COURTHOUSE
ROCHESTER; NEW YORK 14614

Sworn to before me this
25th day of January, 20 22

RYAN ADAM STAUFENBERGER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ST6402487
Qualified in Erie County
My Commission Expires January 06, 2024

NOTARY PUBLIC

Respectfully submitted,

MARK DUBLINO    Pro se  18-B-0793
Wende Correctional Facility
3040 Wende Road
Alden, New York 14004-1187

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: Mark Dublino   DIN: 18-B-0793

LEGAL MAIL

United States District Court
Western District of New York
Hon. David Larimer
2500 United States Courthouse
Rochester, New York 14614

NEOPOST
01/28/2022
US POSTAGE $000.53⁰
FIRST-CLASS MAIL
ZIP 14004
041M11281621

WENDE CORRECTIONAL FACILITY